Name _Danelle Renee Scoggins_
Street Address _3044 N. Fruit, #B_
City and County _Fresno_
State and Zip Code _California 93705_
Telephone Number _559-394-2014_

FILED

JAN 2 8 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

_Danelle Renee Scoggins_

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

_Turning Point Central California / Falcon Court_
_4415 N. Clark St. #1_
_Fresno, CA 93726_

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

Complaint for a Civil Case

Case No. _1: 20 CV   0 0 1 4 0 DAD SAB_
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☒ No
*(check one)*

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name: Danelle Renee Scoggins
Street Address: 3044 N. Fruit #B
City and County: Fresno
State and Zip Code: California 93705
Telephone Number: 559-394-2014

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name: Turning Point Central California / Falcon Court
Job or Title (if known): Cooperation — Management
Street Address: 4415 N. Clark St., #1
City and County: Fresno
State and Zip Code: California 93705
Telephone Number: 559-248-9445

Defendant No. 2

Name: _____
Job or Title (if known): _____
Street Address: _____
City and County: _____
State and Zip Code: _____
Telephone Number: _____

Defendant No. 3

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

Defendant No. 4

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

## II.    Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☒ Federal question              ☐ Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Housing DisCrimiNation ?

_____

_____

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.      If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.   If the defendant is a corporation

The defendant, *(name)* Turning Point Central California Falcon Court, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* California. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Extreme Discrimination of housing and personal harassment, Stress, intimidation Continuously, + unsafe environment. Gave me a wrongful evictions, which was crucial

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. I am bring this claim against "Turning Point of Central California/Falcon Court" Due to fact that I was disable and was unable to comprehend they took advance of me and caused affliction to me and my two sons because I am still disable, therefore they placed me in their apartment knowing that I was Penal Code Section 290/290.024 + 290.07. (see Attachment) A

5

# Attachment - A

Even though they knew they placed me there for their own personal gain. Most of all there was no safety in the home. Unknowing to me, these were the same people that I had rented from previously, who had lied to me and told the same lies to everyone els. I have police reports to show all evidence to support my claim. (All police reports are available upon Request).

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

For Pain, Suffering, mole exposure, Severe Harassment, Stress, Brutizing my son and I.    500.000

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/23 , 2020

Signature of Plaintiff    X Danelle Renee Scoggins

Printed Name of Plaintiff,   DANELLE Renee Scoggins

**FRESNO** VIBRANT COMMUNITIES
HOUSING
AUTHORITY ENGAGED RESIDENTS

# GENERAL RELEASE

*INSTRUCTIONS: Please copy this form and complete*

**CONSENT**: I authorize and direct any Federal,
release to the Fresno Housing Authority (FH), any
application for participation, and/or maintain
Low Income Public Housing Program. I understand and agree
be used by HACCF in administering and enforcing Program ru

**INFORMATION COVERED**: Verifications and inquiries that may b

| | | |
|---|---|---|
| Criminal Reports | Credit Reports | Eviction |
| Family Composition | Assets | School Rec |

**AGENCIES**: Agencies that may be asked to release information includes,

| | | |
|---|---|---|
| Other Public Agencies | Child Care Providers | Financial In |
| Law Enforcement Agency | Internal Revenue Services | Child Prote |
| Utility Companies | Educational Institutions | Post Office |

Last Name: Scoggins,                          First Name

Middle Name: Renee     Suffix: MS        Social Sec

Driver's/Identification License #: B9462522     Phone

Date of Birth (DOB): 12 / 07 / 81              Sex:

I DO hereby authorize the release of information to the Fresno Hou
Authorization may be used for the purposes stated above. The ori
and will stay in effect for twelve months from the date signed.

Signature: _Renee Scoggins_

IMPORTANT: The following law authorizes the collection of
Act of 1937 (42 U.S.C., 1437 et seq.) Any information obtain
disclosed other than for the purpose of admission and/or conti
possession of the authority and all copies made from it shall be
on the housing.

TTY (800) 735-2929

# PERMANENT SUPPORTIVE HOUSING PROGRAM
## TURNING POINT OF CENTRAL CALIFORNIA, INC.
### RENTAL AND SECURITY DEPOSIT AGREEMENT

As a condition of my participation in the H.U.D. and Turning Point (Falcon Court) Supportive Housing Program
I, _Danelle Scoggins_ and I, _____ agree to the following terms and conditions:
(Name)                                              (Name)

The term of this agreement is for **ONE year** beginning on ___3/1/19___ and ending on
___3/1/20___. This agreement will automatically renew on a month to month basis, beginning on
___4/1/20___. I agree to pay rent montly to Turning Point of Central California, Inc. ("Falcon Court"). This lease may be
terminated by either party giving to the other a 30-day written notice of intention to terminate.

My initial rent payable to Turning Point monthly shall be $ __89.00__ each month beginning __4/1/19__ Utilities each month shall
be $ _____. Clients Initials _D.S._. The Pro-rated rent for the balance of this month is $ __0__.
(If Applicable)

I agree to pay rent monthly to Turning Point in accordance with H.U.D. regulations which govern the program. Rent is assessed based
on three formulas with the largest amount being the maximum required.
**The rent formulas are:**       1.)     10 percent of monthly gross income
                                 2.)     30 percent of monthly adjusted income
                                 3.)     Public assistance rent, if applicable

An Security deposit will be required in the amount of $ __600.00__ to ensure performance of the agreements contained
herein. No part of this deposit is to be considered as an advance payment of rent including last month's rent, nor is it to be used as a
refund prior to the premises being permanently and totally vacated by all residents. After the residents have vacated the premises,
Turning Point will provide resident with an itemized written statement of the basis for the amount of any entry deposit retained by
Turning Point. Turning Point may retain any or all of the deposit necessary to (a) remedy any default by residents in the premises or
for unpaid rent; (b) repair damages to the premises to include repainting and carpet cleaning, exclusive of ordinary wear and tear, and/or
to remove trash and clean premises to meet the landlord's re-rental standards. The unused portion of this deposit may be returned to the
residents without interest, according to the law. Residents will be billed for any damages accrued above the amount of the security
deposit. Deposit paid by Resident____ ESG____ Date paid:_____

Payment of rent is due on the 1st of each month or as agreed upon and stated below. A Late Fee of $ __45.00__ may be charged
if rent is not received by the 5th day of the month. Payment of rent shall be in the form of **money order**, **cash**, or **cashier's check**, made
out to **Turning Point of Central California, Inc.**

Failure to pay rent monthly will result in eviction from the property with a written three (3) day notice to move and/or legal action.

**RESIDENT:** shall comply with all tenant guidelines as stated on separate addendum, but which are deemed part of this rental agreement,
and a violation of any of the tenant guidelines is considered a breach of this agreement.

**ACCEPTANCE OF PREMISES:** Resident has inspected the premises, furnishings and equipement, and has found them to be
satisfactory. All plumbing, heating and electrical systems are operative and deemed satifactory.

I agree to produce documentation of all my monthly income. Failure to produce accurate documentation of my monthly income may
result in my termination from the program. I agree to report changes in my monthly income to the Turning Point staff within forty -
eight (48) hours of when I become aware of them. Intentionally misleading the program about my actual income could be fraud. The
program could refer the case to the legal system for prosecution.

**RIGHT OF ENTRY AND INSPECTION:** Turning Point Staff may enter, inspect, and/or repair the premises at any time
in case of emergency or suspected abandonment. The staff shall give 24 hours advance notice and may enter for the
purpose of showing the premises during normal business hours to prospective renters, buyers, lenders, for smoke
alarm inspections, and/or for normal inspections and repairs. Staff/Maintenance is permitted to make all alterations, repairs and
maintenance that in Staff's judgment is necessary to perform.

**PETS:** No animal, fowl, fish, reptile, and/or pet of any kind shall be kept on or about the premises, for any amount of time, without
obtaining the prior written consent and meeting the requirements. Such consent if granted, shall be revocable upon giving a 30 day
written notice. In the event laws are passed or permission is granted to have a pet and/or animal of any kind, an additional deposit in the
amount of $_____ shall be required along with additional monthly rent of $_____ along with the signing of the Pet Agreement.

**PEST CONTROL:** In case pest control services are needed, there will be a $50.00 charge to any resident whom fails to prepare for
pest control services.

Revised 7/2017

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(NAME AND ADDRESS)*:<br>LOUIE CORONADO, ESQ., A.P.L.C., SBN 181798<br>2525 ALLUVIAL AVE., #320<br>CLOVIS, CA 93611<br><br>ATTORNEY FOR *(NAME)*: ATTORNEY FOR PLAINTIFF | TELEPHONE NO.:<br>559-472-3629 | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF FRESNO
STREET ADDRESS: 1130 O STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: FRESNO, CA 93724
BRANCH NAME: CENTRAL DIVISION-LIMITED CIVIL

PLAINTIFF: WARREN PROPERTIES, INC.

DEFENDANT: DANIELLE SCOGGINS

**FILED**
OCT 2 1 2015
FRESNO SUPERIOR COURT
By_____
DEPUTY

| | |
|---|---|
| **DECLARATION OF PREJUDICE CCP 170.6**<br>**(PEREMPTORY CHALLENGE)** | CASE NUMBER: |

LOUIE CORONADO, ESQ. _____ declares
(NAME OF DECLARANT)

that he/ she is _____ ATTORNEY FOR PLAINTIFF _____ a party to the within action hereinafter
(INSERT "ATTORNEY FOR" OR LEAVE BLANK)

called "case" therein as follows:

_____ WARREN PROPERTIES, INC. v. DANIELLE SCOGGINS _____
(NAME OR NAMES OF PARTIES)

that _____ HON. DALE IKEDA _____, the Judge, Court Commissioner or Referee to
(NAME OF JUDGE/COMMISSIONER/REFEREE BEING DISQUALIFIED)

whom the case has been assigned is prejudiced against the _____ PLAINTIFF _____ or the interest
(PLAINTIFF OR DEFENDANT)

of the _____ PLAINTIFF _____ so that Declarant cannot or believes that he/she cannot have a fair
(PLAINTIFF OR DEFENDANT)

and impartial trial or hearing before such Judge, Court Commissioner or Referee.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _____ 10/20/15 _____

_____
(SIGNATURE OF DECLARANT)

SC-1002 [Rev. July 1, 1999]

**DECLARATION OF PREJUDICE CCP 170.6**
**(PEREMPTORY CHALLENGE)**

CCP 170.6

*(handwritten) Answers & steps to take... # 570-1200*

*(handwritten) 2 Legal Services (AdviceLine)*

SUM-130

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

DANIELLE SCOGGINS

*(handwritten) 1-800-675-8001*

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
WARREN PROPERTIES, INC.

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

# FILED

OCT 21 2015

FRESNO SUPERIOR COURT

By_____

DEPUTY

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| | |
|---|---|
| 1. The name and address of the court is:<br>*(El nombre y dirección de la corte es):* | **CASE NUMBER:**<br>*(Número del caso):* 15 CL CL 67846 |

Superior Court of California, County of Fresno, Central Division-Ltd Civil, 1130 O St., Fresno, CA 93724

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

LOUIE CORONADO, ESQ., SBN 181798, 2525 Alluvial, Ste. 320, Clovis, CA 93611, 559-472-3629

3. *(Must be answered in all cases)* An **unlawful detainer assistant** (Bus. & Prof. Code, §§ 6400-6415) [✓] did **not** [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

| | | |
|---|---|---|
| Date: OCT 21 2015<br>*(Fecha)* | Clerk, by A. FLORES<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as an occupant
   d. [ ] on behalf of *(specify):*
      under: [ ] CCP 416.10 (corporation)       [ ] CCP 416.60 (minor)
             [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
             [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
             [ ] CCP 415.46 (occupant)           [ ] other *(specify):*
5. [✓] by personal delivery on *(date):* 10-25-15

Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Page 1 of 2

Code of Civil Procedure, §§ 412.20, 415.456, 1167
*www.courtinfo.ca.gov*
*www.access law.com*

## LEASE AGREEMENT

THIS LEASE is executed on December 23, 2015 between Village at Shaw (herein called "Lessor") and **Danelle Scoggins** (herein called "Lessee(s)").
Leased premises: The Leased Premises are located in the City of Fresno, County of Fresno, State of CA, and commonly described 4754 Alamos Apt - 202, together with the invento-
any, and appliances attached hereto.
Term: This lease shall be for a _12_ month term commencing December 23, 2015 (Commencement Date) and ending December 22, 2016.

**MONTHLY RENT:**

| Rent | | Deposit | |
|---|---|---|---|
| Base Rent | $ 565.00 | Security | $ 400.00 |
| Furniture | | Remote | |
| Washer/Dryer | | Pet | $ 0.00 |
| Carport/Garage | | Other | |
| Other | | Other | |
| | | | |
| Total | 565 | | 400 |

**KEYS:**

| Keys | # | Keys | # |
|---|---|---|---|
| Unit | 754-202 | Mail | |
| Remote | | Amenity | |
| Garage | | Storage | |
| Card | | Other | |

**LESSEE OCCUPANCY:**

Premises shall be occupied only by the following named person(s):

| NAME | BIRTHDATE | NAME | BIRTHDATE | NAME | BIRTHDATE |
|---|---|---|---|---|---|
| Danelle Scoggins | 12/07/81 | Shaun William Jr | 01/29/13 | Isaac Scoggins | 12/10/01 |

Parking space assignment (if any) Space No. _N/A_, (see section 20).
By this Lease Agreement executed on the above date, Lessor and Lessee mutually covenant and agree as follows:

**Section 1:   General Agreement**
Lessor leases to Lessee the above-described premises, which Lessee accepts from Lessor for the Term, beginning with the Term Commencement Date, at the Total Monthly Rent indicated.

**Section 2:   Payment of Total Monthly Rent**
Lessee agrees to pay rent to Lessor in advance at the Rental Office, 4885 North Recreation, Fresno, CA 93726 or at such other place as may be designated by Lessor, as follows:
A.  $ 164.00  for the period December 23, 2015 through December 31, 2015 (first month prorated) and $0.00 for the last month's rent,  payable upon occupancy.
B.  $ 565.00  commencing on the first day of the following month, and thereafter on the first day of each succeeding month.
C. Payments shall be made payable to Village at Shaw, located at 4885 North Recreation , Fresno, CA, 93726, telephone (559) 291-2517, in U.S. dollars in the form of Personal Check, Cashier's
Check, or Money Order.  The usual business days and hours to make rent payment at said address are 8:30 am to 5:30 pm  Mon - Fri.  After hours payments may be made in the rent drop box
located at said address.
D. LATE PAYMENT:  If rent is not paid by midnight on the Fifth (5th) day of any calendar month, a late charge of $ _60 00_ shall be immediately due and payable.  Further, in the event the
rent is paid by a check returned by the bank for any reason, in addition to the late charge set forth above, an NSF fee shall also be due and payable in the sum of $25.00.  Lessee agrees that the
combination of late charges, returned check charges, and other fees provided for by this paragraph is a reasonable estimate of Lessor's bank charges, administrative fees, and other damages which
would otherwise be difficult or impractical to ascertain.
E. All payments received after the 5th day of the month must be in the form of a cashier's check or money order.  A check or money order from persons not named on the lease must be returned to
Lessee.  Monies paid will be applied first to any previous balance due on Lessee's account including rent, late charges, returned check charges, and damages; and secondly to current rent.
F. LIABILITY:  All parties to the Lease Agreement are responsible for the timely payment of the rent.  Moving out does not automatically relieve a party of this responsibility.  Lessor must be given
and must approve a written notice, signed by all parties to the lease, that one party is vacating the Unit, and a new Lease Agreement (subject to Lessor's approval) must be signed by the remaining
party or parties, provided remaining party or parties qualify.
G. In the event a rent check is returned by the bank for any reason Lessee agrees that Lessor may require Lessee to make future rent payments in the form of money order or cashier's check only.
H. DEFAULT:  Should Lessee default on the _12_ month Lease Agreement or vacate prior to expiration of _12_ months, Lessee agrees to reimburse Lessor for any move-in allowances
taken, which amount is $_____ This is in addition to any other remedies provided under California law. (See Section 6, below.)

**Section 3:  Deposits**
A.  Lessee agrees to deposit with Lessor the additional sum of $ 400.00 as security to be held by Lessor for the faithful performance by Lessee of each and every provision of this Lease, which
security Lessee hereby authorizes Lessor to use for any one or more of the following purposes:
    (1)  If Lessee vacates or abandons the premises prior to the end of the Term, for daily rent equal to 1/30th of the Total Monthly Rent for each
         day rent is unpaid until the end of the Term or until Lessor re-rents the premises, whichever event occurs first;
    (2)  For repair of damages to the premises, including furnishings and appliances, caused by Lessee, exclusive of ordinary wear and tear;
    (3)  For cleaning the premises, if necessary, upon termination of the tenancy, including, but not limited to: any and all painting, including
         touch-up paint; filling wall holes caused by the hanging of pictures; and cleaning carpets, drapes, walls, doors, windows, refrigerator,
         range, oven, and electrical fixtures;
    (4)  For payment of delinquent rent;
    (5)  For payment of any liquidated damages resulting from late rental payment and/or returned checks;
    (6)  For locks and keys in the event keys are not returned upon termination of the tenancy;
    (7)  For any amount charged under the provisions of paragraph G of section 12.
    All sums payable to Lessor under the foregoing provisions shall be payable as additional rent for the premises.

INITIAL: _VJ_

SFC Senty Knock on my Door
at 1:48 am in the moring he
621-7600, 6-15-16

**ConAm 104-CA Rev 01/02**
23, 2015
**Last Updated: 07/29/2015**

Page 4

FL-630

...MENTAL AGENCY *(Under Family Code, §§ 17400, 17406)*:
JAMES GOLDSTEI..., CHIEF CHILD SUPPORT ATTORNEY
FRESNO COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES
2220 TULARE ST
STE 310P
FRESNO CA 93721-2131

200000001285686

TELEPHONE NO.: (866) 901-3212    FAX NO. *(Optional)*: (559) 455-4669

E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: Under Family Code §§ 17400 & 17406

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  FRESNO
STREET ADDRESS: 1130 O ST
MAILING ADDRESS: 1130 O ST
CITY AND ZIP CODE: FRESNO 93724-2201
BRANCH NAME: BF SISK COURTHOUSE

PETITIONER/PLAINTIFF: COUNTY OF FRESNO

RESPONDENT/DEFENDANT: SHAWN ALEXANDER WILLIAMS

OTHER PARENT: DANELLE RENEE SCOGGINS

**JUDGMENT REGARDING PARENTAL OBLIGATIONS**

☐ _____ AMENDED   ☐ _____ SUPPLEMENTAL

**FOR COURT USE ONLY**

# FILED

**JUL 23 2013**

FRESNO COUNTY SUPERIOR COURT
By _____ SKS DEPUTY

CASE NUMBER:
13CEFS01214

1. a. **NOTICE: THIS IS A** ☐ **PROPOSED** ☐ **AMENDED PROPOSED JUDGMENT. This *Judgment Regarding Parental Obligations* will be entered by the court and will become legally binding unless you fill out and file the *Answer to Complaint or Supplemental Complaint Regarding Parental Obligations (Governmental)* (form FL-610) with the court clerk within 30 days of the date you were served with the *Summons and Complaint or Supplemental Complaint Regarding Parental Obligations (Governmental)* (form FL-600). If you need form FL-610, you may get one from the local child support agency's office, the court clerk, or the family law facilitator. The family law facilitator will help you fill out the forms. To file the answer, follow the procedures listed in the attached instructions.**

   b. ☒ **NOTICE: THIS IS A JUDGMENT.  It is now legally binding.**

2. **This matter proceeded as follows:**

   a. ☒ Judgment entered under Family Code section 17430.

   b. ☐ By court hearing, appearances as follows:
   (1) ☐ Date: _____ Dept.: _____   Judicial Officer:
   (2) ☐ Petitioner/plaintiff present       ☐ Attorney present *(name)*:
   (3) ☐ Respondent/defendant present     ☐ Attorney present *(name)*:
   (4) ☐ Other parent present               ☐ Attorney present *(name)*:
   (5) ☐ Local child support agency attorney (Family Code, §§ 17400, 17406) *(name)*:
   (6) ☐ Other: *(specify)*:

   c. The parent ordered to pay support is the ☐ petitioner/plaintiff ☒ respondent/defendant ☐ other parent.

3. ☐ This order is based on presumed income for the parent ordered to pay support under Family Code section 17400.

4. ☒ Attached is a computer printout showing the parents' incomes and percentage of time each parent spends with the children. The printout, which shows the calculation of child support payable, will become the court's findings.

5. ☐ This order is based on the attached documents *(specify)*:

   **THE COURT ORDERS**

6. a. ☐ Petitioner/plaintiff ☒ Respondent/defendant ☒ Other parent  are the parents of the children named in item 6b below.

   b. The parent ordered to pay support must pay current child support as follows:

   | Name of child | Date of birth | Monthly support amount |
   |---|---|---|
   | SHAWN ROY WILLIAMS, JR | 01/29/2013 | $389.00 |

**NOTICE: Any party required to pay child support must pay interest on overdue amounts at the legal rate, which is currently 10 percent per year.**

Page 1 of 3
Family Code, §§ 17400,17402, 17404,17430
*www.courts.ca.gov*

Form Adopted for Alternative Mandatory Use
Instead of Form FL-692
Judicial Council of California
FL-630 [Rev. July 1, 2011]

**JUDGMENT REGARDING PARENTAL OBLIGATIONS**
(Governmental)

TEAM 3

| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| **Danelle R. Scoggins**<br>**4946 N. Recreation Ave., A**<br>**Fresno, CA  93726**<br><br>E-MAIL:<br>ATTORNEY FOR:  **In Propria Persona** | | |

NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:

**Fresno County Superior Court**
**1100 Van Ness**
**Fresno, CA  93724**
**Fresno**

PLAINTIFF:
**Danelle R. Scoggins**

DEFENDANT:
**Warren Properties Inc.**

COURT CASE NO.:
**15CESC02369**

## Proof of Service

LEVYING OFFICER FILE NO.:
**2016452701**

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   f. other (specify documents):  **Plaintiff's Claim and ORDER to go to Small Claims Court (Small Claims)**

3. a. Party served:      **Warren Properties Inc.**

   b. Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made):  **Sandy Boone, Human Resources Director**

4. Address where party was served:      **140 N. Escondido Blvd**
   **Escondido, CA  92025-2610**

5. I served the party:

   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1) on: 07/29/2016 (2) at: 09:39 AM.

7. Person who served papers:
   a. Name:   **J Ritter 7760**
   b. Address:   **San Diego County Sheriff Sheriff's Civil Office 325 South Melrose Dr  Ste 2400  Vista, CA  92081-6692**
   c. Telephone Number:   **(760) 940-2898**
   d. The fee for service was: **$40.00 Waiver**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Monday, August 1, 2016

Hearing:  **08/25/2016 01:30 PM in Dept/Div: 97E**

Remarks

R LACROIX, 2816

Sheriff's Authorized Agent
William D. Gore, Sheriff

Judicial Council form POS-010                    **Attorney/Plaintiff**                    0/828256

# THREE-DAY NOTICE TO PERFORM CONDITIONS
## AND/OR COVENANTS OR QUIT

TO: _____ Danelle Scoggins _____

*All Residents (tenants and subtenants) in possession (full name) and all others in possession*

of the premises located at:

_____ 3373 N MILLBROOK AVE _____, Unit # (if applicable)_____ 39 _____

*(Street Address)*

_____ FRESNO _____, CA _____ 93726 _____.

*(City)*      *(Zip)*

IN THAT, the Rental/Lease Agreement condition(s) and/or covenants set forth below are being breached as follows:

1. Condition(s) and/or covenant(s) breached: __Resident Guidelines paragraph: 1.F. Residents/Guests on the premises must__ __conduct themselves in a manner that will not disturb, annoy, endanger, or interfere with other residents or employees of the__ __apartment complex. Resident adults are responsible for the behavior and any damage or nuisance caused by their guest(s)__ __and children. 3.D. Residents/Guests shall conduct themselves in a manner that will not disturb other residents peaceful__ __enjoyment or constitute a nuisance. 1.C. Any violation of the Renal/Agreement shall be cause for eviction.__

2. State specific facts of breach(es) and/or violation(s): __On 10-6-15 at about 4:40pm tenant Danelle Scoggins and another tenant__ __where in the middle of the parking lot arguing and blocking other vehicles from passing through and causing a nuisance__ _____ _____ _____

WITHIN THREE DAYS after the service on you of this Notice, you are hereby required to perform or otherwise comply with the above-mentioned condition and/or covenant OR QUIT AND DELIVER THE POSSESSION OF THE PREMISES.

If you fail to perform or otherwise comply, Owner/Agent declares the forfeiture of your Rental/Lease Agreement and will institute legal proceedings to obtain possession. Such proceedings could result in a judgment against you, which may include attorneys' fees and court costs as allowed by law, and an additional punitive award of six hundred dollars ($600) in accordance with California law. If you fail to fulfill the terms of your credit obligations, a negative credit report may be submitted to a credit reporting agency.

date

10-8-15

**Date**

After they New
I was Bring charges
against

*Clara Celani*

**Owner/Agent**    Clara Celani, Asst. Manager



*California Apartment Association* Approved Form
www.caanet.org
**Form 11.0 – Revised 1/07 - ©2007 – All Rights Reserved**
Page 1 of 1

**Unauthorized Reproduction of Blank Forms is Illegal.**



Printed Using Professional Computer Forms Co. On-Line Forms Software 1/12

 

FRESNO VIBRANT COMMUNITIES
QUALITY HOUSING **HOUSING**
**AUTHORITY** ENGAGED RESIDENTS

**www.fresnohousing.org**
937 Klette Avenue, Fresno, California 93706   (559) 443-8400   TTY (800) 735-2929

DANELLE SCOGGINS
4754 E ALAMOS APT 202
FRESNO CA  93726

3/14/2016

Per your request your canceled application was reviewed and based on the information you provided, your application will remain active and the eligibility process will continue.  You will be contacted based on the last point of your application process to determine if you meet all other eligibility requirements.

Should you have any questions or concerns, please feel free to contact me at (559) 445-8995.

Sincerely,

Geneva Williams
Supervisor
Housing Management Division

April 13, 2016

Fresno City & County Civil Court
O Street
Fresno, CA 93726

To Whom It May Concern:

RE: Case # 15CESC02369

After much research we found out on the above date, that when Fresno Civil Court was to give Ms. Danelle Scoggins the Fee Wavier, they fail to Inform Ms. Scoggins that the Fee Wavier was to also include L.A. Sherrif, Dept. Serving of the Summons Complaint to Warren Property INC, located at 818 W. 7th Suite 930, Los Angeles, CA. She was told that she had to go to Los Angeles where she would have to pay 40.00 to the L.A. Sherrif Dept, before they could serve the Summons - for them to appear in Court, therefore that have not been serve, and My Court date is scheduled for April 14, 2016, and Fresno Civil Court will not re-schedule my Court date. Therefore time is here, and I will appear, even though I have endured many disappointing moments. Please note the following two pages.

-2-                    Danelle Scoggi

Even though the managers at the apartment complex knew that Danelle really didn't know how to file a claim, they use her lack of knowlege to their advantage.

This is when the moving from one apartment to another, in the scame Apartment Complex, began. She move approximate 6 times, because each apartment was infested with more Mole, Meldew, Termites, ~~Roches~~ roaches, and mice and even rats.

This time Isaac, as well as Danelle also began to get sick, and they two had to go to the doctors many times.

I know these things because I would visit her occasionly, after all she is my grand daughter. She would tell me some things, however, I would notice a lot things in each apartment that needed to be Repaired! or exsterminated. She became so stress out.

Danelle Scoggins

She Never missed paying her rent, but to be honest with you, I wonder why she did'nt move completly out of that Complex, she told me that she was waiting for Low Cost Housing, because they would not rent to people in need of low Cost Housing Or Section Eight, therefore she would move from apartment to apartment in that same complex, and in each apartment she would continue to move into more infestation, wow it's really bad.

The family has conviced her to get out, however She, -Danelle feels that She should be Compensated for the sickness that both of her Sons have had due to the devastating, overwhelming infestation of each apartment that She lived in. Enough is enough.

Your assistance in this matter will be very much appreicated. Thank you.

Respectfully Submitted

Gloria Austin

Note: Please See Photos of Apartments, and the many doctors notes of Treatments and hospitalizations.

### THREE (3) DAY NOTICE TO PERFORM COVENANTS OF LEASE OR QUIT

To Danelle Scoggins, tenant in possession of premises located at 3044 N. Fruit Avenue, Apartment P, Fresno, California 93705:

You are in breach of the Rental and Security Deposit Agreement and Tenant Participation Agreement between you and Turning Point of Central California, Inc. dated April 2, 2019 and June 6, 2017, respectively, in that (1) you have changed the lock on your front door; and (2) you have refused to allow access to the apartment to make necessary repairs.

Within three (3) days after service of this notice, you must correct and perform all of the foregoing breached covenants by either providing the undersigned Program Director with a copy of the key to the new front door lock or put back the original lock on the front door, and allow access to the apartment so that necessary repairs can be made, or deliver possession of the premises to the undersigned.

Your failure to correct and perform the covenants breached as specified above, or vacate the premises, within three (3) days, will cause the undersigned to initiate legal proceedings against you to declare a forfeiture of your Rental Agreement, to recover possession of the premises, and to seek judgment for damages for each day of occupancy after the expiration date of this notice, together with any other damages to which the undersigned is entitled under the Rental Agreement and/or applicable law.

You are further notified that the undersigned elects to declare the forfeiture of the Rental Agreement under which you hold possession of the premises, if you fail to perform as indicated above.

You are hereby advised that California State law permits former tenants to reclaim abandoned personal property left at the former address of the tenant, subject to certain conditions. You may or may not be able to reclaim property without incurring additional costs, depending on the cost of storing the property and the length of time before it is reclaimed. In general, these costs will be lower the sooner you contact your former landlord after being notified that property belonging to you was left behind after you moved out.

Date: 7 / 24 / 19                                   Turning Point of Central California, Inc.


By: _____
    Latasha Hollins, Program Director

# THREE (3) DAY NOTICE TO PERFORM COVENANTS OF LEASE OR QUIT

To Danelle Scoggins, tenant in possession of premises located at 3044 N. Fruit Avenue, Apartment P, Fresno, California 93705:

You are in breach of the Rental and Security Deposit Agreement and Tenant Participation Agreement between you and Turning Point of Central California, Inc. dated April 2, 2019 and June 6, 2017, respectively, in that (1) you have changed the lock on your front door; and (2) you have refused to allow access to the apartment to make necessary repairs.

Within three (3) days after service of this notice, you must correct and perform all of the foregoing breached covenants by either providing the undersigned Program Director with a copy of the key to the new front door lock or put back the original lock on the front door, and allow access to the apartment so that necessary repairs can be made, or deliver possession of the premises to the undersigned.

Your failure to correct and perform the covenants breached as specified above, or vacate the premises, within three (3) days, will cause the undersigned to initiate legal proceedings against you to declare a forfeiture of your Rental Agreement, to recover possession of the premises, and to seek judgment for damages for each day of occupancy after the expiration date of this notice, together with any other damages to which the undersigned is entitled under the Rental Agreement and/or applicable law.

You are further notified that the undersigned elects to declare the forfeiture of the Rental Agreement under which you hold possession of the premises, if you fail to perform as indicated above.

You are hereby advised that California State law permits former tenants to reclaim abandoned personal property left at the former address of the tenant, subject to certain conditions. You may or may not be able to reclaim property without incurring additional costs, depending on the cost of storing the property and the length of time before it is reclaimed. In general, these costs will be lower the sooner you contact your former landlord after being notified that property belonging to you was left behind after you moved out.

Date: _7/24/19_____                    Turning Point of Central California, Inc.

                                            By: _Latasha Hollis_____
                                            Latasha Hollins, Program Director

**A Program of Turning Point of Central California, Inc.**

TO:      Danelle    Scoggins                             June 20, 2019

FROM:   Latasha Hollins, Program Director

RE:       Violation of Tenant Participation Agreement

It has been brought to my attention that the locks on your front door has been change from the original locks. Per your tenant participation agreement you signed on 10/28/16, states "I agree not to change the lock on the front door". You are currently in violation as you did not receive permission to change your locks. You have 3-days to return the original locks or give our office a key of the current locks.

If you do not adhere to the participation agreement you signed, we will be forced to move forward with a 30-day notice. Please review your agreements you signed to ensure you follow program rule/expectations.

Sincerely,

Latasha Hollins, Program Director

# ✝P Falcon Court – Permanent Supportive Housing
## A Program of Turning Point of Central California, Inc.

✝P "To Serve People in Need"

_____

**4415 N. Clark St. #1**              **Fresno, CA 93726**              **(559) 248-9445**

_____

**TO: Danelle Scoggins**

**FROM: Sabrina De Leon, TPOCC**

**RE:   Housing Contract**                                    **March 19, 2019**

This letter serves as your Housing contract; after speaking with you about your recent disregard for the projects Policies and Procedures all parties agree that being placed on this contract was the best option since you declined to move complex's and in order for you to continue participating in the Falcon Court Permanent Supportive Housing Project. Your continued housing is now contingent on you adhering to the Policies and Procedure that are set forth for this project and include those that you were in violation of previously.

 The following are the requirements for you to continue your stay with this project. You must abide by all Housing Guidelines that were presented to you and that you signed upon move in to this project on 10/28/2016. This includes but is not limited to following:

I agree to respect the privacy of the other residents
I agree not to disturb the neighbors with loud music and/or television
I agree to stay medication compliant
I agree to attend all Mental Health wellness appointments (must sign an ROI at DBH Metro)
I agreed to attend three groups per week at the Department of Behavioral Health; Metro (must show proof)
I agree to attend all required office visits with my Case Manager
I agree to be present for all required Home Visits
I agree to cooperate with staff
I agree not to allow anyone to live in my unit who is not listed on my Rental Agreement

It is understood by all parties that if this contract is not adhered to that you will be asked to exit this housing project.

Program Director _____       Date 3/19/19
Case Manager _____       Date 3/19/2019
Client _____       Date _____

**Participant Disbursement Instruction List**

Participant: SCOGGINS, DANELLE RENEE - 0190000205315 | SSN: 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 | DOB: 12/07/1981

### Disbursement Instruction List

| Date Transmitted ▽ | Method | Check / Trace Number | Amount ($) | Date Originated | Date Paid | Status |
|---|---|---|---|---|---|---|
| 01/24/2020 | ELECTRONIC PAYMENT CARD | | $ 10.00 | | | TRANSMITTED |
| 01/21/2020 | ELECTRONIC PAYMENT CARD | 091000010008146 | $ 62.36 | 01/22/2020 | | ISSUED |
| 01/06/2020 | ELECTRONIC PAYMENT CARD | 091000010006962 | $ 50.00 | 01/07/2020 | | ISSUED |
| 12/23/2019 | ELECTRONIC PAYMENT CARD | 091000010000280 | $ 62.36 | 12/24/2019 | | ISSUED |
| 12/09/2019 | ELECTRONIC PAYMENT CARD | 091000010006977 | $ 18.18 | 12/10/2019 | | ISSUED |
| 12/05/2019 | ELECTRONIC PAYMENT CARD | 091000010006402 | $ 31.82 | 12/06/2019 | | ISSUED |
| 11/25/2019 | ELECTRONIC PAYMENT CARD | 091000010001462 | $ 62.36 | 11/26/2019 | | ISSUED |
| 11/12/2019 | ELECTRONIC PAYMENT CARD | 091000010004021 | $ 50.00 | 11/13/2019 | | ISSUED |
| 10/28/2019 | ELECTRONIC PAYMENT CARD | 091000010013633 | $ 29.52 | 10/29/2019 | | ISSUED |
| 10/02/2019 | ELECTRONIC PAYMENT CARD | 091000010000437 | $ 50.00 | 10/03/2019 | | ISSUED |
| 09/16/2019 | ELECTRONIC PAYMENT CARD | 091000010009995 | $ 74.81 | 09/17/2019 | | ISSUED |
| 09/11/2019 | ELECTRONIC PAYMENT CARD | 091000010010655 | $ 1,021.64 | 09/12/2019 | | ISSUED |
| 09/03/2019 | ELECTRONIC PAYMENT CARD | 091000010003205 | $ 17.21 | 09/04/2019 | | ISSUED |
| 08/19/2019 | ELECTRONIC PAYMENT CARD | 091000010009664 | $ 104.79 | 08/20/2019 | | ISSUED |
| 07/31/2019 | ELECTRONIC PAYMENT CARD | 091000010002190 | $ 120.00 | 08/01/2019 | | ISSUED |
| 07/22/2019 | ELECTRONIC PAYMENT CARD | 091000010010146 | $ 48.87 | 07/23/2019 | | ISSUED |
| 07/09/2019 | ELECTRONIC PAYMENT CARD | 091000010000539 | $ 104.20 | 07/10/2019 | | ISSUED |

Records 1 - 20 next



RECEIVED
JAN 27 2020
Fresno County Child
Support Services



**Department of Social Services**
Delfino E. Neira, Director

# Income Grant Verification

Date run: 1/27/2020

**Danelle Scoggins**
**3044 N Fruit APT P**
**Fresno  CA   93705**

**Report for Month(s) Between 201902 and 202001**

## Household Composition

| First Name | MI | Last Name | Suffix |
|---|---|---|---|
| Danelle | R | Scoggins | |
| Isaac | | Scoggins | |
| Shawn | R | William | |

## CalFresh Program Status

| Case Number | Program Status | Date |
|---|---|---|
| B918362 | Program is Approved: | 10/18/2011 |

## CalWORKs Program Status

| Case Number | Program Status | Date |
|---|---|---|
| B918362 | Program is Discontinued: | 02/29/2020 |

## CalFresh Issuance Amount

| | Payment Month | Issuance Amount |
|---|---|---|
| Last Month Received | 202001 | $361.00 |
| | 201912 | $312.00 |
| | 201911 | $312.00 |
| | 201910 | $312.00 |
| | 201909 | $413.00 |
| | 201908 | $413.00 |
| | 201907 | $413.00 |
| | 201906 | $413.00 |
| | 201905 | $413.00 |
| | 201904 | $505.00 |
| | 201903 | $437.00 |
| | 201902 | $437.00 |

## CalWORKs Issuance Amount

| | Payment Month | Issuance Amount |
|---|---|---|
| Last Month Received | 202001 | $576.00 |
| | 201912 | $685.00 |
| | 201911 | $638.00 |
| | 201910 | $732.00 |
| | 201909 | $597.00 |
| | 201908 | $597.00 |
| | 201907 | $597.00 |
| | 201906 | $597.00 |
| | 201905 | $597.00 |
| | 201904 | $597.00 |
| | 201903 | $542.00 |
| | 201902 | $542.00 |

Confidentiality Notice: This communication with its contents, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized interception, review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy all copies of the communication and contents.

STATE OF CALIFORNIA
CJIS 8047
(Rev. 01/2019)

DEPARTMENT OF JUSTICE
Page 4 of 4

## NOTICE OF SEX OFFENDER REGISTRATION REQUIREMENT
### Sex Offender Registration Act – Penal Code (PC) Sections (§§) 290–290.024 and 290.01

| NAME OF PERSON NOTIFIED   Last | First | Middle | CII NUMBER (SID) | DATE |
|---|---|---|---|---|
| SCOGGINS | DANELLE | | A25317346 | 12/3/19 |

### Privacy Notice
As Required by Civil Code § 1798.17

**Collection and Use of Personal Information.** The California Justice Information Services (CJIS) Division of the Department of Justice (DOJ) collects the information requested on this form as authorized by PC §§ 290–290.023 and 290.01. The CJIS Division uses this information to register a sex offender as mandated by law. In addition, any personal information collected by state agencies is subject to the limitations in the Information Practices Act and state policy. The DOJ's general privacy policy is available at **http://oag.ca.gov/privacy-policy**.

**Providing Personal Information.** All the personal information requested in the form must be provided.

**Access to Your Information.** You may review the records maintained by the CJIS Division in the DOJ that contain your personal information, as permitted by the Information Practices Act. See below for contact information.

**Possible Disclosure of Personal Information.** In order to register a sex offender as mandated by law, we may need to share the information you give us with law enforcement agencies.

The information you provide may also be disclosed in the following circumstances:

- On the public Megan's Law website pursuant to PC § 290.46;

- With other persons or agencies where necessary to perform their legal duties, and their use of your information is compatible and complies with state law, such as for investigations or for licensing, certification, or regulatory purposes; and

- To another government agency as required by state or federal law.

**Contact Information.** For questions about this notice or information on your registrant records, you may contact the California Sex Offender Registry manager by phone at (916) 210-3113, by e-mail at **MegansLaw@doj.ca.gov**, or via mail at:

The Department of Justice
California Sex Offender Registry
P.O. Box 903387
Sacramento, CA 94203-3870

I have been notified of my duty to register as a sex offender pursuant to PC §§ 290–290.024 and 290.01. I have read or had read to me, and initialed each registration requirement specified on pages 2 and 3 of this form.

I understand it is my duty to know the registration requirements, including changes to the law that may be made after I sign this form. I certify the information provided is true and accurate.

I understand failure to comply with the registration requirements, providing false information on the form, or failing to provide accurate information is punishable as a criminal offense. I understand refusing to sign this form is also punishable as a criminal offense. I have read and understand the Privacy Notice as required by Civil Code § 1798.17

| | |
|---|---|
| SIGNATURE OF REGISTRANT | DATE |
| _Danelle Scoggins_ | 12-3-19 |

Please return this completed form to:

**California Department of Justice**
**ATTN: California Sex Offender Registry**
**P.O. Box 903387**
**Sacramento, CA 94203-3870**

(Note: This is **not** a registration form. Use the CJIS 8102S form for registration purposes)

STATE OF CALIFORNIA
CJIS 8047
(Rev. 01/2019)

Case 1:20-cv-00140-DAD-SAB   Document 1   Filed 01/28/20   Page 27 of 67

DEPARTMENT OF JUSTICE
Page 3 of 4



# NOTICE OF SEX OFFENDER REGISTRATION REQUIREMENT
## Sex Offender Registration Act – Penal Code (PC) Sections (§§) 290–290.024 and 290.01

| NAME OF PERSON NOTIFIED   Last | First | Middle | CII NUMBER (SID) | DATE |
|---|---|---|---|---|
| SCOGGINS | DANELLE | | A25317346 | 12/3/19 |

### REGISTRATION REQUIREMENTS - REGISTRANT IS REQUIRED TO READ AND INITIAL ALL REQUIREMENTS

13. **D S**    If I have more than one residence address at which I regularly reside (regardless of the number of days or nights I spend at each address, I must register in person, within five (5) working days at each address with the law enforcement agency having jurisdiction over each residence. If I no longer reside at the registered address, I must inform in person, the registering agency having jurisdiction over that address within five (5) working days before or after I leave. (PC § 290.010)

14. **D S**    If I reside or am a transient on a University of California, California State University, or community college campus, I must register in person, within five (5) working days with the local law enforcement agency having jurisdiction over the campus and additionally with the campus police. (PC § 290, 290.011)

15. **D S**    If I am enrolled or employed (with or without compensation) at an institution of higher learning, I must register within five (5) working days of commencement of the term of enrollment or employment, with the campus police department, or if no campus police department exists, with the law enforcement agency having jurisdiction over that campus. I must also register in person with the law enforcement agency having jurisdiction over my place of residence or transient location. When I cease being enrolled or employed at that institution, I must notify the registering agency for the campus within five (5) working days. (PC § 290.009, 290.01)

16. **D S**    Campus registration must be in person unless I am enrolled in an online course which does not require my presence at an institution of higher learning in California. I must register for online courses by mailing the DOJ Online Course Registration Form to the campus police department, or if no campus police department exists, to the law enforcement agency having jurisdiction over that campus, within five (5) working days of commencement of my term of enrollment. When I cease being enrolled at that institution, I must notify the registering agency for the campus within five (5) working days. (PC § 290.009, 290.01) The Online Course Registration Form is available at: **www.oag.ca.gov.**

17. **D S**    I understand that if I wish to come into any school building or upon any school ground (grades K-12), I must have a lawful purpose and written permission from the school's chief administrative officer indicating the date(s) and time(s) for which permission has been granted. (PC § 626.81)

18. **D S**    If I live outside of California and I am required to register in that state and I attend school or am employed in California, I must register in person with the law enforcement agency having jurisdiction over my school or employment location within five (5) working days of beginning attendance or becoming employed, in addition to registering in my state of residence. (PC § 290.002)

19. **D S**    I must provide proof of residence to the registering agency within thirty (30) days of registration or re-registration at a new residence address. (PC § 290.015)

20. **D S**    If I am on parole or probation, I must provide proof of registration to my parole agent or probation officer within six (6) working days of release on parole or probation and proof of any change or update to my registration within five (5) working days. (PC § 290.85)

21. **D S**    If I change my name I must notify in person, within five (5) working days, the law enforcement agency or agencies having jurisdiction over my place of residence or place where I am required to register as a transient. (PC § 290.014)

22. **D S**    I understand I am required to submit DNA samples, as well as fingerprints and full palm prints. (PC § 296, 296.2)

23. **D S**    If I accept a position as an employee or volunteer with any person, group, or organization where I would be working directly and in an unaccompanied setting with minor children on more than an incidental and occasional basis or have supervision or disciplinary power over minor children, I shall disclose my status as a registrant, upon application or acceptance of a position, to that person, group, or organization. If I have been convicted of a crime where the victim was a minor under 16 years of age, I shall not be an employer, employee, independent contractor, or act as a volunteer with any person, group, or organization in a capacity in which the registrant would be working directly and in an unaccompanied setting with minor children on more than an incidental and occasional basis or have supervision or disciplinary power over minor children. If I work in an accompanied setting with minor children, and my work would require me to touch the minor children on more than incidental basis, I shall disclose my status as a registrant, upon application or acceptance of the position, to that person, group, or organization. (PC § 290.95)

| COMMENTS |
|---|
| |

STATE OF CALIFORNIA  DEPARTMENT OF JUSTICE
CJIS 8047
(Rev. 01/2019)

Page 2 of 4

## NOTICE OF SEX OFFENDER REGISTRATION REQUIREMENT
### Sex Offender Registration Act – Penal Code (PC) Sections (§§) 290–290.024 and 290.01

| NAME OF PERSON NOTIFIED   Last | First | Middle | CII NUMBER (SID) | DATE |
|---|---|---|---|---|
| SCOGGINS | DANELLE | | A25317346 | 12/5/19 |

**REGISTRATION REQUIREMENTS - REGISTRANT IS REQUIRED TO READ AND INITIAL ALL REQUIREMENTS**

1. DS  My responsibility to register as a sex offender in California is a lifetime requirement, except as provided in PC § 290.005, PC § 290.5 or by court order.

2. DS  I must register in person, if I have never registered, within five (5) working days of 1) coming into California, or 2) release from incarceration, placement, commitment, or release on probation, with the law enforcement agency having jurisdiction over my place(s) of residence or where I am physically present as a transient. (PC § 290)

3. DS  I must re-register in person, if I have previously registered, within five (5) working days after release from incarceration, placement, or commitment that lasted thirty (30) or more days, or within five (5) working days after release on probation. I do not have to re-register after release if I was incarcerated for less than thirty (30) days and I return to the last registered address, and the update of registration that is required to occur within five (5) working days before or after my birthday did not fall within that incarceration period. (PC § 290.015)

4. DS  I must annually update my registration information in person, within five (5) working days before or after my birthday, at the law enforcement agency having jurisdiction over my residence address or where I am currently present as a transient. Annual updates begin with my first birthday following registration or change of address. (PC § 290.012)

5. DS  Upon coming into, or when changing my residence address within a city and/or county in which I am residing, I must register or re-register in person, within five (5) working days, with the law enforcement agency having jurisdiction over my residence. (PC § 290, 290.013)

6. DS  If I change my registered address to a new address, either within the same jurisdiction or anywhere inside or outside of the state, I must inform the last registering agency or agencies in person within five (5) working days before or after I leave. If I do not know my new residence address or transient location I must later notify, by registered or certified mail, the last registering agency or agencies of the new address or transient location within five (5) working days of moving to the new address or location. (PC § 290.013)

7. DS  If I am registered at a residence address and become transient, I have five (5) working days within which to register in person with the law enforcement agency having jurisdiction where I am physically present as a transient. (PC § 290.011)

8. DS  If I am registered as a transient and move to a residence, I have five (5) working days within which to register in person with the law enforcement agency having jurisdiction over the new address. (PC § 290.011)

9. DS  If I have no residence address, I must register in person in the jurisdiction where I am physically present as a transient within five (5) working days of becoming transient. Thereafter, I must update my registration information in person no less than once every thirty (30) days with the law enforcement agency having jurisdiction over the place where I am physically present as a transient on the day I re-register. I do not need to report changes of transient location within the 30-day period unless I move out of state. I must also comply with the annual requirement to update my registration. (PC § 290.011)

10. DS  If I am registered as a transient and I am moving out of state, I must inform the law enforcement agency having jurisdiction over the place where I am physically present as a transient, in person, within five (5) working days before or after I leave. I must also inform the law enforcement agency of my planned destination, residence, or transient location out of state, if known, and any plans to return to California. (PC § 290.011)

11. DS  If I move outside of California, I am required by federal law to register in the new state within three (3) working days.

12. DS  If I have ever been committed as a sexually violent predator, I must update my registration information in person, no less than once every ninety (90) days with the law enforcement agency having jurisdiction over my residence or transient location. I must also comply with the annual requirement to update my registration in person. (PC § 290.001, 290.012)

**DEFINITION:** "Residence" means one or more addresses at which a person regularly resides, regardless of the number of days or nights spent there, such as a shelter or structure that can be located by a street address, including, but not limited to, houses, apartment buildings, motels, hotels, homeless shelters, and recreational and other vehicles.

**REGISTRATION REQUIREMENTS CONTINUE ON PAGE 3**



STATE OF CALIFORNIA
CJIS 8047
(Rev. 01/2019)

DEPARTMENT OF JUSTICE
Page 1 of 4

# NOTICE OF SEX OFFENDER REGISTRATION REQUIREMENT
## Sex Offender Registration Act – Penal Code (PC) Sections (§§) 290–290.024 and 290.01

**_PLEASE FOLLOW THESE IMPORTANT PROCESSING INSTRUCTIONS:_**
- Print or type required information and submit form to the Department of Justice (DOJ) within three (3) business days.
- Submit a current photograph of the registrant. Photographs must be electronically submitted by using the DOJ Image System (https://calphoto.ext.doj.ca.gov/).
- Have the registrant read and initial the registration requirements on page two of this form.
- Verify the registrant understands the requirements.
- Provide a copy of this form to the person being notified of registration requirements.

**PERSONAL HISTORY INFORMATION**

| FULL NAME OF PERSON NOTIFIED    Last | First | | Middle | Suffix |
|---|---|---|---|---|
| SCOGGINS | DANELLE | | | |

| DATE OF BIRTH | CII NUMBER (SID) | SOCIAL SECURITY NUMBER | FBI NUMBER | INSTITUTION NUMBER |
|---|---|---|---|---|
| 12/07/1981 | A25317346 | 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 | 849631DC3 | X22485 |

| DRIVER'S LICENSE/I.D. NUMBER | SEX | RACE | HAIR COLOR | EYE COLOR | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|
| B9462522  CA | FEMALE | BLACK | BLACK | BROWN | 507 | 210 |

| SCARS, MARKS, TATTOOS, AND OTHER CHARACTERISTICS | LOCATION | DESCRIPTION | PICTURE | TEXT |
|---|---|---|---|---|
| | | | | |

**CONVICTION INFORMATION**

| ARRESTING AGENCY | DATE OF ARREST | PROSECUTING AGENCY | NAME OF COURT |
|---|---|---|---|
| CAPD FRESNO | 02/27/2004 | FRESNO CO D.A. | CASC FRESNO |

| REGISTRABLE CONVICTION | ☐ MISDEMEANOR   ☑ FELONY | CONVICTION DATE | CASE NUMBER |
|---|---|---|---|
| 288(A) PC | | 05/04/2004 | F04901460-6 |

| TYPE OF CONVICTION, IF OTHER THAN CALIFORNIA ☐ Out of state  ☐ Federal  ☐ Military | DATE OF SCHEDULED DISCHARGE OR RELEASE | DATE PAROLE OR PROBATION EXPIRES |
|---|---|---|
| | | |

**RELEASE INFORMATION**

| FULL ADDRESS WHERE I EXPECT TO RESIDE UPON RELEASE |
|---|
| 3044 N FRUIT AV, FRESNO, CA  93705 |

| RELATED ADDRESS (Emergency Contact) | I PLAN TO RESIDE OUTSIDE OF CALIFORNIA WITHIN FIVE DAYS OF MY RELEASE   ☐ YES   ☐ NO |
|---|---|
| | |

| NAME OF AGENCY SUPERVISING PAROLE OR PROBATION | NAME OF SUPERVISING PAROLE OR PROBATION OFFICER |
|---|---|
| | |

| PAROLE/PROBATION AGENCY ADDRESS | CITY | STATE | ZIP CODE | TELEPHONE NUMBER |
|---|---|---|---|---|
| | | | | |

| NOTIFYING AGENCY | ORI | MNEMONIC | TELEPHONE NUMBER |
|---|---|---|---|
| FRESNO POLICE DEPT | CA0100500 | FRF0 | 559-600-8068 |

| AGENCY ADDRESS | CITY | STATE | ZIP CODE | NOTIFYING AGENCY E-MAIL ADDRESS |
|---|---|---|---|---|
| 2321 MARIPOSA MALL | FRESNO | CA | 93721 | |

**STATEMENT OF NOTIFYING OFFICER**

I certify that I notified the individual described above of his or her duty to register under provisions of the applicable statute(s), and I verified the individual understands the registration requirements.

| HOWARD TELLO | _signature_ | 12/5/19 |
|---|---|---|
| NAME AND TITLE OF NOTIFYING OFFICER (Print or type) | SIGNATURE OF NOTIFYING OFFICER | DATE |

**STATEMENT OF PERSON NOTIFIED**

I have been notified of my duty to register as a sex offender pursuant to PC §§ 290–290.024 and 290.01. I have read or had read to me, and initialed each registration requirement specified on pages 2 and 3 of this form. I understand it is my duty to know the registration requirements, including changes to the law that may be made after I sign this form. I certify the information provided is true and accurate. I understand failure to comply with the registration requirements, providing false information on the form, or failing to provide accurate information is punishable as a criminal offense. I understand refusing to sign this form is also punishable as a criminal offense.

**(NOTE: THIS FORM DOES NOT COMPLETE YOUR DUTY TO REGISTER. UPON RELEASE FROM INCARCERATION OR RELEASE ONTO PROBATION, YOU MUST REGISTER IN PERSON WITHIN FIVE (5) WORKING DAYS TO COMPLETE THE REGISTRATION PROCESS.)**

Registrant Rolled Right Thumbprint - If amputated, use next available finger

| Danelle Scoggins | 12-3-19 |
|---|---|
| SIGNATURE OF PERSON BEING NOTIFIED | DATE |

DISTRIBUTION:  Original to DOJ/CSOR; Copy to Law Enforcement Agency having jurisdiction over address; Copy to Notifying Agency; Copy to Person Notified

STATE OF CALIFORNIA
CJIS 8102S
(Rev. 01/2019)

DEPARTMENT OF JUSTICE
PAGE 5 of 5

# SEX OFFENDER REGISTRATION
## CHANGE OF ADDRESS / ANNUAL OR OTHER UPDATE
### Sex Offender Registration Act – Penal Code (PC) Sections (§§) 290–290.024 and 290.01

| NAME OF PERSON NOTIFIED  Last | First | Middle | CII NUMBER (SID) | DATE |
|---|---|---|---|---|
| SCOGGINS | DANELLE | | A25317346 | 12/03/2019 |

## REGISTRATION REQUIREMENTS - REGISTRANT IS REQUIRED TO READ AND INITIAL ALL REQUIREMENTS

21. If I change my name I must notify in person, within five (5) working days, the law enforcement agency or agencies having jurisdiction over my place of residence or place where I am required to register as a transient. (PC, § 290.014)

22. I understand I am required to submit DNA samples, as well as fingerprints and full palm prints. (PC, §§ 296, 296.2)

23. If I accept a position as an employee or volunteer with any person, group, or organization where I would be working directly and in an unaccompanied setting with minor children on more than an incidental and occasional basis or have supervision or disciplinary power over minor children, I shall disclose my status as a registrant, upon application or acceptance of a position, to that person, group, or organization. If I have been convicted of a crime where the victim was a minor under 16 years of age, I shall not be an employer, employee, independent contractor, or act as a volunteer with any person, group, or organization in a capacity in which the registrant would be working directly and in an unaccompanied setting with minor children on more than an incidental and occasional basis or have supervision or disciplinary power over minor children. If I work in an accompanied setting with minor children, and my work would require me to touch the minor children on more than an incidental basis, I shall disclose my status as a registrant, upon application or acceptance of the position, to that person, group, or organization. (PC, § 290.95)

### Privacy Notice
As Required by Civil Code § 1798.17

**Collection and Use of Personal Information.** The California Justice Information Services (CJIS) Division in the Department of Justice (DOJ) collects the information requested on this form as authorized by PC §§ 290–290.023 and 290.01. In addition, any personal information collected by state agencies is subject to the limitations in the Information Practices Act and state policy. The DOJ's general privacy policy is available at http://oag.ca.gov/privacy-policy.

**Providing Personal Information.** All the personal information requested in the form must be provided.

**Access to Your Information.** Please contact the local law enforcement agency where you registered if you wish to review the personal information collected on this form, as permitted by the Information Practices Act.

**Possible Disclosure of Personal Information.** The local law enforcement agency where you registered is required by law to enter this information into the California Sex and Arson Registry (CSAR). Additionally, the California Sex Offender Registry is required by law to provide the information in CSAR to other law enforcement agencies.

The information you provide may also be disclosed in the following circumstances:

- On the public Megan's Law website pursuant to PC § 290.46;

- With other persons or agencies where necessary to perform their legal duties, and their use of your information is compatible and complies with state law, such as for investigations or for licensing, certification, or regulatory purposes;

- To another government agency as required by state or federal law.

I have been notified of my duty to register as a sex offender pursuant to PC §§ 290–290.024 and 290.01. I have read or had read to me, and initialed each registration requirement specified on pages 3, 4, and 5 of this form. I understand it is my duty to know the registration requirements, including changes to the law that may be made after I sign this form. I certify the information provided is true and accurate. I understand failure to comply with the registration requirements, providing false information on the form, or failing to provide accurate information is punishable as a criminal offense. I understand refusing to sign this form is also punishable as a criminal offense. I have read and understand the Privacy Notice as required by Civil Code § 1798.17.

Rolled Right Thumbprint -
If amputated, use next
available finger



SIGNATURE OF REGISTRANT                    DATE   12-3-19

**California Department of Justice**
**California Sex Offender Registry (CSOR)**
**P.O. Box 903387**
**Sacramento, CA  94203-3870**

STATE OF CALIFORNIA
CJIS 8102S
(Rev. 01/2019)

DEPARTMENT OF JUSTICE
PAGE 4 of 5

# SEX OFFENDER REGISTRATION
## CHANGE OF ADDRESS / ANNUAL OR OTHER UPDATE
### Sex Offender Registration Act – Penal Code (PC) Sections (§§) 290–290.024 and 290.01

| NAME OF REGISTRANT    Last | First | Middle | CII NUMBER (SID) | DATE |
|---|---|---|---|---|
| SCOGGINS | DANELLE | | A25317346 | 12/03/2019 |

## REGISTRATION REQUIREMENTS - REGISTRANT IS REQUIRED TO READ AND INITIAL ALL REQUIREMENTS

12. If I have ever been committed as a sexually violent predator, I must update my registration information in person, no less than once every 90 days with the law enforcement agency having jurisdiction over my residence or transient location. I must also comply with the annual requirement to update my registration in person. (PC, §§ 290.001, 290.012)

13. If I have more than one residence address at which I regularly reside (regardless of the number of days or nights I spend at each address), I must register in person, within five (5) working days at each address with the law enforcement agency having jurisdiction over each residence. If I no longer reside at a registered address, I must inform in person, the registering agency having jurisdiction over that address within five (5) working days before or after I leave. (PC, § 290.010)

14. If I reside or am a transient on a University of California, California State University, or community college campus, I must register in person, within five (5) working days with the local law enforcement agency having jurisdiction over the campus and additionally with the campus police. (PC, §§ 290, 290.011)

15. If I am enrolled or employed (with or without compensation) at an institution of higher learning, I must register within five (5) working days of commencement of the term of enrollment or employment, with the campus police department or if no campus police department exists, with the law enforcement agency having jurisdiction over that campus. I must also register in person with the law enforcement agency having jurisdiction over my place of residence or transient location. When I cease being enrolled or employed at that institution, I must notify the registering agency for the campus within five (5) working days. (PC, §§ 290.009, 290.01)

16. Campus registration must be in person unless I am enrolled in an online course which does not require my presence at an institution of higher learning in California. I must register for online courses by mailing the Department of Justice Online Course Registration Form to the campus police department, or if no campus police department exists, to the law enforcement agency having jurisdiction over that campus, within five (5) working days of commencement of my term of enrollment. When I cease being enrolled at that institution, I must notify the registering agency for the campus within five (5) working days. (PC, §§ 290.009, 290.01) The DOJ Online Course Registration Form is available at: **www.oag.ca.gov**

17. I understand that if I wish to come into any school building or upon any school ground (grades K-12), I must have a lawful purpose and written permission from the school's chief administrative officer indicating the date(s) and time(s) for which permission has been granted. (PC, § 626.81)

18. If I live outside of California and I am required to register in that state and I attend school or am employed in California, I must register in person with the law enforcement agency having jurisdiction over my school or employment location within five (5) working days of beginning attendance or becoming employed, in addition to registering in my state of residence. (PC, § 290.002)

19. I must provide proof of residence to the registering agency within 30 days of registration or re-registration at a new residence address. (PC, § 290.015)

20. If I am on parole or probation, I must provide proof of registration to my parole agent or probation officer within six (6) working days of release on parole or probation and proof of any change or update to my registration within five (5) working days. (PC, § 290.85)

## REGISTRATION REQUIREMENTS CONTINUE ON PAGE 5

I have been notified of my duty to register as a sex offender pursuant to PC §§ 290–290.024 and 290.01. I have read and/or had read to me, and initialed each registration requirement specified on pages 3, 4, and 5 of this form. I understand it is my duty to know the registration requirements, including changes to the law that may be made after I sign this form. I certify the information provided is true and accurate. I understand failure to comply with the registration requirements, providing false information on the form, or failing to provide accurate information is punishable as a criminal offense. I understand refusing to sign this form is also punishable as a criminal offense.

SIGNATURE OF REGISTRANT                                    12-3-19          DATE

Registrant Rolled Right Thumbprint - if amputated/missing, next - available fingerprint

# SEX OFFENDER REGISTRATION
## CHANGE OF ADDRESS / ANNUAL OR OTHER UPDATE
### Sex Offender Registration Act – Penal Code (PC) Sections (§§) 290–290.024 and 290.01

| NAME OF REGISTRANT: Last | First | Middle | CII NUMBER (SID) | DATE |
|---|---|---|---|---|
| SCOGGINS | DANELLE | | A25317346 | 12/03/2019 |

## REGISTRATION REQUIREMENTS - REGISTRANT IS REQUIRED TO READ AND INITIAL ALL REQUIREMENTS

1. My responsibility to register as a sex offender in California is a lifetime requirement, except as provided in PC, § 290.005, PC, § 290.5, or by court order.

2. I must register in person, if I have never registered, within five (5) working days of: 1) coming into California, or 2) release from incarceration, placement, commitment, or release on probation, with the law enforcement agency having jurisdiction over my place(s) of residence or where I am physically present as a transient. (PC, § 290)

3. I must re-register in person, if I have previously registered, within five (5) working days, after release from incarceration, placement, or commitment that lasted 30 or more days, or within five (5) working days after release on probation. I do not have to re-register after release if I was incarcerated for less than 30 days; and I return to the last registered address, and the update of registration that is required to occur within five (5) working days before or after my birthday did not fall within that incarceration period. (PC, § 290.015)

4. I must annually update my registration information in person, within five (5) working days before or after my birthday, at the law enforcement agency having jurisdiction over my residence address or where I am currently present as a transient. Annual updates begin with my first birthday following registration or change of address. (PC, § 290.012)

5. Upon coming into, or when changing my residence address within a city and/or county in which I am residing, I must register or re-register in person, within five (5) working days, with the law enforcement agency having jurisdiction over my residence. (PC, §§ 290, 290.013)

6. If I change my registered address to a new address, either within the same jurisdiction or anywhere inside or outside of the state, I must inform the last registering agency or agencies in person within five (5) working days before or after I leave. If I do not know my new residence address or transient location I must later notify, by registered or certified mail, the last registering agency or agencies of the new address or transient location with five (5) working days of moving to the new address or location. (PC, § 290.013)

7. If I am registered at a residence address and become transient, I have five (5) working days within which to register in person with the law enforcement agency having jurisdiction where I am physically present as a transient. (PC, § 290.011)

8. If I am registered as a transient and move to a residence, I have five (5) working days within which to register in person with the law enforcement agency having jurisdiction over the new address. (PC, § 290.011)

9. If I have no residence address, I must register in person in the jurisdiction where I am physically present as a transient within five (5) working days of becoming transient. Thereafter, I must update my registration information in person no less than once every 30-days with the law enforcement agency having jurisdiction over the place where I am physically present as a transient on the day I re-register. I do not need to report changes of transient location within the 30-day period unless I move out of state. I must also comply with the annual requirement to update my registration. (PC, § 290.011)

10. If I am registered as a transient and I am moving out of state, I must inform the law enforcement agency having jurisdiction over the place where I was physically present as a transient, in person, within five (5) working days before or after I leave. I must also inform the law enforcement agency of my planned destination, residence, or transient location out of state, if known, and any plans to return to California. (PC, § 290.011)

11. If I move outside of California, I am required by federal law to register in the new state within three (3) working days.

## REGISTRATION REQUIREMENTS CONTINUE ON PAGE 4

I have been notified of my duty to register as a sex offender pursuant to PC §§ 290–290.024 and 290.01. I have read or had read to me, and initialed each registration requirement specified on pages 3, 4, and 5 of this form. I understand it is my duty to know the registration requirements, including changes to the law that may be made after I sign this form. I certify the information provided is true and accurate. I understand failure to comply with the registration requirements, providing false information on the form, or failing to provide accurate information is punishable as a criminal offense. I understand refusing to sign this form is also punishable as a criminal offense.

Rolled Right Thumbprint -
If amputated, use next
available finger.

_____
SIGNATURE OF REGISTRANT

12-3-19
DATE

DISTRIBUTION: Original to Registering Agency; Copy to Person Registering

STATE OF CALIFORNIA
CJIS 8102S
(Rev. 01/2019)

DEPARTMENT OF JUSTICE
PAGE 2 of 5

# SEX OFFENDER REGISTRATION
## CHANGE OF ADDRESS / ANNUAL OR OTHER UPDATE
### Sex Offender Registration Act – Penal Code (PC) Sections (§§) 290–290.024 and 290.01

| NAME OF REGISTRANT | Last | First | Middle | CII NUMBER (SID) | DATE |
|---|---|---|---|---|---|
| | SCOGGINS | DANELLE | | A25317346 | 12/03/2019 |

| RELATED ADDRESS (e.g., Mailing, Emergency Contact) | Street Number and Name | Apt./Unit Number | City | State | Zip Code |
|---|---|---|---|---|---|
| STATES NONE | | | | | |

| RELATED ADDRESS TYPE | NAME OF EMERGENCY CONTACT (If emergency contact is checked) | RELATIONSHIP TO EMERGENCY CONTACT (e.g., Mother, Father) |
|---|---|---|
| ☐ Mailing ☐ GPS Charging Location ☐ Emergency Contact | KATHERINE VLASOS (559) 298-6058 | (Mom) |

| RELATED ADDRESS (e.g., Mailing, Emergency Contact) | Street Number and Name | Apt./Unit Number | City | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

| RELATED ADDRESS TYPE | NAME OF EMERGENCY CONTACT (If emergency contact is checked) | RELATIONSHIP TO EMERGENCY CONTACT (e.g., Mother, Father) |
|---|---|---|
| ☐ Mailing ☐ GPS Charging Location ☐ Emergency Contact | | |

| OCCUPATION | EMPLOYER'S NAME | DATE CURRENT EMPLOYMENT BEGAN |
|---|---|---|
| UNEMPLOYED | | |

| EMPLOYER'S ADDRESS | Street Number and Name | Suite/Unit Number | City | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

| WORK ADDRESS (If different than Employer's Address) | Street Number and Name | Suite/Unit Number | City | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

| REGISTERING AGENCY (Do Not Abbreviate) | REGISTERING OFFICER'S NAME AND TITLE |
|---|---|
| FRESNO POLICE DEPT | TELLO/ESTRADA/SKAGGS |

| REGISTERING AGENCY'S E-MAIL ADDRESS | PHONE NUMBER | ORI | MNEMONIC | DNA COLLECTED? |
|---|---|---|---|---|
| | 559-600-8068 | CA0100500 | FRF0 | ☐ YES ☐ NO |

| PROBATION/PAROLE OFFICER | PHONE NUMBER |
|---|---|
| NONE | |

COMMENTS (Include additional, new or modified Scars, Marks, Tattoos, and Other Characteristics)

## ADDRESS/RESIDENCE DEFINITIONS:
**ADDRESS** - Address at which I regularly reside, regardless of the number of days or nights spent there.
**ADDITIONAL ADDRESS** - Additional address at which I regularly reside, regardless of the number of days or nights spent there.
**RELATED ADDRESS** - Address of a relative or other person who is likely to know how to contact me.
**EMPLOYER'S NAME/ADDRESS** - The name and address of my employer (e.g., company, individual, entity), and the address of that employer.
**WORK ADDRESS** - The address at which I work.
**RESIDENCE** - One or more addresses at which I regularly reside, regardless of the number of days or nights spent there, such as a shelter or structure that can be located by a street address, including, but not limited to, houses, apartment buildings, motels, hotels, homeless shelters, and recreational and other vehicles.

HAS YOUR VEHICLE INFORMATION CHANGED SINCE YOUR LAST REGISTRATION? IF SO, PLEASE PROVIDE THE UPDATED VEHICLE INFORMATION BELOW.
HAVE YOU SOLD OR STOPPED REGULARLY DRIVING A VEHICLE SINCE YOUR LAST REGISTRATION? ☐ YES ☐ NO

**VEHICLES OWNED, REGISTERED, OR REGULARLY DRIVEN**

| VEHICLE #1 ☑ Registered Owner ☑ Regularly Driven | VEHICLE #2 ☐ Registered Owner ☐ Regularly Driven |
|---|---|
| VEHICLE (#1) IDENTIFICATION NUMBER (VIN) | VEHICLE (#2) IDENTIFICATION NUMBER (VIN) |

| LICENSE PLATE NUMBER #1: | STATE | TYPE | YEAR OF EXPIRATION | LICENSE PLATE NUMBER #2 | STATE | TYPE | YEAR OF EXPIRATION |
|---|---|---|---|---|---|---|---|
| 7ZUG516 | CA | | | | | | |

| VEHICLE YEAR | MAKE | MODEL | STYLE/COLOR | VEHICLE YEAR | MAKE | MODEL | STYLE/COLOR |
|---|---|---|---|---|---|---|---|
| 1991 | ACURA | LEGEND | 2DR/SILVER | | | | |

| END DATE | MAKE | MODEL |
|---|---|---|
| | | |

Registrant Rolled Right Thumbprint -
If amputated, use next
available finger

| SIGNATURE OF REGISTRANT | DATE |
|---|---|
| *[signature]* | 12-3-19 |

DISTRIBUTION: Original to Registering Agency; Copy to Person Registering



# SEX OFFENDER REGISTRATION
## CHANGE OF ADDRESS / ANNUAL OR OTHER UPDATE
### Sex Offender Registration Act – Penal Code (PC) Sections (§§) 290–290.024 and 290.01

**PLEASE FOLLOW THESE IMPORTANT PROCESSING INSTRUCTIONS:**

| | |
|---|---|
| • Print or type required information and submit to the Department of Justice (DOJ) within three (3) business days.<br>• Submit a current photograph of the registrant.  Photographs must be electronically submitted by using the DOJ Image System (https://calphoto.ext.doj.ca.gov).<br>• Have the registrant read and initial the registration requirements on pages 3, 4, and 5 of this form.<br>• Verify the registrant understands the requirements.<br>• Provide a copy of this form to the registrant as a receipt. | **FACILITY TYPE** *(Enter alpha code in Facility Type field):*<br>Day Care Center ............................................ DC<br>Family Child Care Home ................................ FCH<br>Group Home ................................................... GH<br>Foster Home .................................................. FH<br>Adult Day Care ............................................... AD<br>Sober Living Home ......................................... SLH<br>Elderly Care Home ......................................... ECH |

**REASON FOR REGISTRATION** *(More than one box can be checked):*
☑ ANNUAL  ☐ 30 DAY (TRANSIENT)  ☐ 90 DAY (SVP)  ☐ CHANGE OF ADDRESS  ☐ OTHER (e.g., Initial, Additional Address)

**REGISTRATION EVENT** *(More than one box can be checked):*

| INITIAL (1st §102S in CSAR) | REGISTRANT HAS MOVED/CHANGE OF ADDRESS | ☐ ABSCONDED (LEA has verified whereabouts unknown) |
|---|---|---|
| ☐ Residence | ☐ INTO JURISDICTION | ☐ DEPORTATION |
| ☐ Campus (Attending, Employed, Volunteer) | ☐ INTO JURISDICTION FROM OUT OF STATE | ☐ INCARCERATION |
| ☐ Employment (Out of state resident employed in CA) | ☐ WITHIN JURISDICTION | ☐ CDCR  ☐ LOCAL  ☐ FED    INC Date: |
| ☐ Transient | ☐ OUT OF JURISDICTION | ☐ DJJ  ☐ DSH/DDS  ☐ ICE |
| ☐ **ADDITIONAL ADDRESS** (Concurrent) | ☐ OUT OF STATE | ☐ DECEASED (Check verification source and attach document): |
| ☐ Residence | INACTIVE ADDRESS - Registrant has more than one registered address, list address registrant is vacating in the space below: | ☐ Coroner Medical Examiner  ☐ Death Certificate |
| ☐ Campus (Attending, Employed, Volunteer) | | ☐ Other (Specify below and attach document) |
| ☐ Employment (Out of state resident employed in CA) | | |
| ☑ **UPDATE** (No Change in Registration Address) | | |

| FULL NAME OF REGISTRANT | Last SCOGGINS | First DANELLE | Middle | Suffix |
|---|---|---|---|---|

| ALIASES | DATE OF BIRTH 12/07/1981 | CII NUMBER (SID) A25317346 | DRIVER'S LICENSE/I.D. NUMBER B9462522 | STATE CA | EXPIRATION DATE 2023 |
|---|---|---|---|---|---|

| FCN NUMBER 1710412817827 | SOCIAL SECURITY NUMBER 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 | INSTITUTION NUMBER (CDCR, DJJ, or DSH) X22485 | FBI NUMBER 849631DC3 |
|---|---|---|---|

| SEX FEMALE | RACE BLACK | HAIR COLOR BLACK | EYE COLOR BROWN | HEIGHT 507 | WEIGHT 210 | PLACE OF BIRTH CALIFORNIA | ORIGINATING AGENCY CASE NUMBER (OCA) FPD175828 |
|---|---|---|---|---|---|---|---|

TYPE OF CONVICTION IF NON-CALIFORNIA OFFENSE   ☐ OUT OF STATE   ☐ FEDERAL   ☐ MILITARY

| NEW OR MODIFIED SCARS, MARKS, TATTOOS, AND OTHER CHARACTERISTICS NOT IN CSAR 1 | LOCATION | DESCRIPTION | PICTURE | TEXT |
|---|---|---|---|---|
| NEW OR MODIFIED SCARS, MARKS, TATTOOS, AND OTHER CHARACTERISTICS NOT IN CSAR 2 | LOCATION | DESCRIPTION | PICTURE | TEXT |
| NEW OR MODIFIED SCARS, MARKS, TATTOOS, AND OTHER CHARACTERISTICS NOT IN CSAR 3 | LOCATION | DESCRIPTION | PICTURE | TEXT |

| HOME PHONE NUMBER | WORK PHONE NUMBER | CELLULAR PHONE NUMBER 559-273-1955 |
|---|---|---|

| ADDRESS Street Number and Name 3044 N FRUIT AV #P | Apt./Unit Number | CITY FRESNO | STATE CA | ZIP CODE 93705 |
|---|---|---|---|---|

| DWELLING TYPE<br>☐ Single Family Residence  ☑ Apartment / Condominium  ☐ Hotel / Motel  ☐ Other | LICENSED FACILITY<br>☐ YES  ☐ NO | FACILITY TYPE |
|---|---|---|

LOCATION(S) FREQUENTED BY TRANSIENT

| ADDITIONAL REGISTRATION ADDRESS Street Number and Name<br>☐ Residence  ☐ Campus  ☐ Employment | Apt./Unit Number | CITY | STATE | ZIP CODE |
|---|---|---|---|---|

| DWELLING TYPE<br>☐ Single Family Residence  ☐ Apartment / Condominium  ☐ Hotel / Motel  ☐ Other | LICENSED FACILITY<br>☐ YES  ☐ NO | FACILITY TYPE |
|---|---|---|

| CAMPUS REGISTRATION<br>☐ Attending  ☐ Employed  ☐ Volunteer | CAMPUS NAME/ADDRESS | STREET NUMBER AND NAME | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|

Registrant Rolled Right Thumbprint -
If amputated, use next
available finger

_____
SIGNATURE OF REGISTRANT

12-3-19
DATE

# LAW ENFORCEMENT REPORT FORM
## FRESNO POLICE DEPARTMENT
2323 MARIPOSA MALL, FRESNO CA 93721
Phone: (559)621-7000
CA0100500

**Event: 15BO5926**                                              **Case: 15-070933**

| INCIDENT INFORMATION |
| --- |

**Report #:** 1 of 3      **Report Type:** PROP CRIME      **District:** NE **Beat:** G      **Zone:** 2058
**Definition and Class:** PC459 - BURGLARY:VEHICLE - Lvl F
**Occurred From:** 10/05/15 16:00 Mon  **Occurred To:** 10/06/15 09:15 Tue      **Received Date:** 10/06/15 09:48 Tue
**Location:** 3373 N MILLBROOK AV #39 FRESNO
**Cross Street:** E FOUNTAIN WY
**How Rcv::** T

| CASE FACTORS |
| --- |

**FOLLOWUP**
    VICTIM WILL PROSECUTE
**INVESTIGATION**
    SCENE PROCESSED BY OFFICER, SCENE PROCESSED/LATENTS, SURROUNDING AREA CANVASSED
    VICT (PROP/DOMEST) LETTER
**SPECIAL FACTORS**
    ELECTRONIC REPORT

| APPROVALS AND ROUTING |
| --- |

**Close Class:** 4F1 - VEHICLE BURGLARY   **Open Class::** 4F1
**Premise:** R   **CAS Code:** BURV
**Printed:** 10/27/2015 11:19:16 AM      **Printed By:** LISTON, BRENDA(T247)      **Printed From:** A72758
  Press Log
**Rpt #:** 1   **Type:** FIRST      **Officer:** SANDERS RS 10.8.15, AEREIL #PC300   **Clerk:** #   **Created:** 10/06/15 13:22
**Filed Date:** 10/06/15 13:22      **Assigned Date:** 10/06/15 13:22
**Approved By:** CRAWFORD (V3627), STEVE #S162      **Date Approved:** 10/7/2015 3:55:12 PM
**Reviewed By:** CORBIN (V2412), SHERRY L. #T41      **Date Reviewed:** 10/8/2015 11:29:24 AM
**Routing:** None

| NAMES |
| --- |

**Inv:** VICTIM # 1   **Adult/Juvenile:** A **Type:** PERSON
**Name:** SCOGGINS,DANELLE
**Race:** B   **Sex:** F   **DOB:** 12/07/1981 **Age:** 33   **Height:** 507 **Weight:** 190   **Hair:** BLK **Eyes:** BRO
**Employer:** NONE
**Language:** ENGLISH   **PD#:** 175828   **Birth City:** OAKLAND   **Birth State:** CA
**AKA Name:** SCOGGINS **First:** DANELLE   **Middle:** RENEE
**AKA Name:** SCROGGINS **First:** DEE
**AKA Name:** SCOGGINS **First:** DANELLE   **Middle:** RENEE
**Scars, Marks and Tattoos:** Location    Feature    Description

| Location | Feature | Description |
| --- | --- | --- |
| L HND | TAT | RIP |
| RF ARM | TAT | PUFF PUFF PASS |
| | | GOLD FRONT TEETH |

**Identification:** PI - B9462522 - CA | DL - B9462522 - CA
**Home:** 3373 N MILLBROOK AV #39, FRESNO, CA 93726
**Phone:** (559)365-0079
**SUSPECT:** UNKNOWN

This Copy was prepared by the Fresno Police
Department on (date) _10-27-15_
for the official use of:
Name _Danielle Scoggins_
Agency
and may not be revealed by any unauthorized person
By _____

**Officer:** SANDERS RS 10.8.15, AEREIL #PC300                                              P
**Supervisor:** CRAWFORD (V3627), STEVE #S162

# FRESNO POLICE DEPARTMENT

Event: 15BO5926                                CA0100500                                Case: 15-070933

## NAMES

Inv: VICTIM # 2     Type: PERSON
Name: UNKNOWN
Suspect Status: ATLG
Unknown
Address: , , CA
VICTIM: SCOGGINS,DANELLE
***** Charge Information *****

| Section | Code | Lvl | Description | Counts | Bail | Warrant |
|---------|------|-----|-------------|--------|------|---------|
| 459 | PC | F | BURGLARY:VEHICLE | 1 | | |

Judicial District: FRESNO MUNI

## VEHICLES

Inv: VICT/VEHICLE ATTACKED     Date/Time: 10/6/2015 9:48:00 AM
License: 6XEZ204  State: CA     Lic Year: 2015     Lic Type: PC     Year: 1990  Make: HOND
Model: CIVIC     Style: 4D     Color: BLK VIN: 1HGED3658LA095678
VICTIM: SCOGGINS,DANELLE

## PROPERTY

Inv: Damaged Property # 1     Date: 10/6/2015 9:48:00 AM
Category: ELECT. EQUIP/AUDIO/STEREO/ENTERTAINMENT     Article: OTHER   Disposition: SCN
Officer ID: PC300  Quantity: 1  Value: $ 200
Dispo: SCN  Description: ALARM WIRE(S) CUTAND DMG.  Condition: GD     Zone: 2058

| Property Desc: | Category | Type |
|---|---|---|
| | TAKEN FROM | PARK |
| | VALUATION | OWNER |

PROPERTY TAKEN OR LOST / VICTIM: SCOGGINS,DANELLE
Total Damaged Property: $200

Inv: Stolen # 1     Date: 10/6/2015 9:48:00 AM
Category: ELECT. EQUIP/AUDIO/STEREO/ENTERTAINMENT     Article: STEREO  Disposition: OUTSTANDNG
Officer ID: PC300  Quantity: 1  Value: $ 400
Dispo: OUTSTANDNG   Description: TV/STEREO, STOLEN.  Condition: GD     Zone: 2058

| Property Desc: | Category | Type |
|---|---|---|
| | TAKEN FROM | PARKING LOT |
| | VALUATION | OWNER |

PROPERTY TAKEN OR LOST / VICTIM: SCOGGINS,DANELLE

Inv: Stolen # 2     Date: 10/6/2015 9:48:00 AM
Category: OTHER  Article: OTHER     Color: BLK Color2: SIL Disposition: OUTSTANDNG
Officer ID: PC300  Quantity: 1  Value: $ 100
Dispo: OUTSTANDNG   Description: RAIDER SEAT(S) COVERS AND STICKERS.   Condition: GD     Zone: 2058

| Property Desc: | Category | Type |
|---|---|---|
| | TAKEN FROM | PARKING LOT |
| | VALUATION | OWNER |

PROPERTY TAKEN OR LOST / VICTIM: SCOGGINS,DANELLE

Inv: Stolen # 3     Date: 10/6/2015 9:48:00 AM
Category: OTHER  Article: OTHER     Disposition: OUTSTANDNG     Officer ID: PC300 Quantity: 1
Value: $ 70
Dispo: OUTSTANDNG   Description: FAN FROM VEH.   Condition: GD     Zone: 2058

| Property Desc: | Category | Type |
|---|---|---|
| | TAKEN FROM | PARKING LOT |

**FRESNO POLICE DEPARTMENT**

Event: 15BO5926

CA0100500

Case: 15-070933

| VALUATION | OWNER |
|---|---|
| PROPERTY TAKEN OR LOST / VICTIM: SCOGGINS,DANELLE | |
| Total Stolen: $570 | |

**MO**

**ENTRY-VEHICLE**
UNKNOWN
**PLACE OF ATTACK**
PARKING LOT
**SURROUNDING AREA**
RESIDENTIAL
**TARGET-PROPERTY**
BICYCLE, CAR STEREO, OTHER
**EXIT-STRUCTURE**
UNKNOWN
**VICTIM ACTIVITY**
AT WORK

**OTHER FACTORS**

None

**NARRATIVE**

## VEHICLE BURGLARY

**SOURCE OF ACTIVITY:**

On Tuesday, 10/06/15, I was working in the NE district as a police cadet. At approximately 1306 hours I was dispatched to 3373 N Millbrook Av #39, regarding a vehicle burglary

**INVESTIGATION:**

Upon arrival I made contact with Scoggins, Danelle who stated the following: the victim vehicle was parked and secured at 3373 N Millbrook Av #39, in the parking lot between the Monday, 10/05/15, at approximately 1600 hours and Tuesday, 10/06/15, at approximately 0915 hours. During that time unknown suspect(s) broke into the vehicle by: unknown at this time.

I processed surfaces of the vehicle, doors, windows etc.. for fingerprints.  I recovered prints.Location of recovered prints:
Outside: front driver window.

Items taken are listed as stolen in the property portion of this report. At this time there are no suspects or witnesses to the crime.

**CONCLUSIONS/DEDUCTIONS:**

Unknown suspect(s) burglarized the victim vehicle.

**DISPOSITION:**

Officer: SANDERS RS 10.8.15, AEREIL #PC300
Supervisor: CRAWFORD (V3627), STEVE #S162

Page 3 of 4

1. Any serialized property was entered into CLETS as stolen.

2. The Victim/RP was given case information.

3. Unknown suspect(s) at large.

4. Marsy Law and theft form mailed.

5. Latent(s) booked:NE

# Are You a Victim of Housing Discrimination?

## Fair Housing is Your Right!

If you have been denied your housing rights…you may have experienced unlawful discrimination.

 U.S. Department of Housing and Urban Development

# HOUSING DISCRIMINATION INFORMATION

Departamento de Vivienda y Desarrollo Urbano   Oficina de Derecho Equitativo a la Vivienda
U.S. Department of Housing and Urban Development   Office of Fair Housing and Equal Opportunity

**Instructions:** (Please type or print)  Read this form carefully. Try to answer all questions. If you do not know the answer or a question does not apply to you, leave the space blank. You have one year from the date of the alleged discrimination to file a complaint. Your form should be signed and dated.

Danielle Renee Scoggins
_Your Name_

3044 N Fruit ave. #P
_Your Address_

Fresno                    CA                 93705
_City_                    _State_            _Zip Code_

Anytime        (559) 394-2014        Anytime
_Best time to call_    _Your Daytime Phone No_    _Evening Phone No_

## Who else can we call if we cannot reach you?

Shawn    Williams                    Anytime
_Contact's Name_                              _Best Time to call_

(559) 286-6789, 286-6789
_Daytime Phone No_                            _Evening Phone No_

Sterling    Crayton                 Anytime
_Contact's Name_                              _Best Time to call_

(559) 558-0595                      Anytime
_Daytime Phone No_                            _Evening Phone No_

### What happened to you?

How were you discriminated against?

For example: were you refused an opportunity to rent or buy housing? Denied a loan? Told that housing was not available when in fact it was? Treated differently from others seeking housing?

State briefly what happened.

Form HUD-903.1 (1/02)            OMB Approval No. 2529-0011 (exp. 1/31/2011)

# HOUSING DISCRIMINATION INFORMATION

Departamento de Vivienda y Desarrollo Urbano · Oficina de Derecho Equitativo a la Vivienda
U.S. Department of Housing and Urban Development · Office of Fair Housing and Equal Opportunity

**2** Why do you think you are a victim of housing discrimination?
Is it because of your:
· race · color · religion · sex · national origin · familial status (families with children under 18) · disability?
For example: were you denied housing because of your race? Were you denied a mortgage loan because of your religion? Or turned down for an apartment because you have children?
Briefly explain why you think your housing rights were denied and circle the factor(s) listed above that you believe apply.

**3** Who do you believe discriminated against you?
For example: was it a landlord, owner, bank, real estate agent, broker, company, or organization?
Identify who you believe discriminated against you.

Name: Falcon Court/Turning Point "To Serve People In Need" _Central California"_

Address: 4415 N. Clark St. #1   Fresno, CA   93726

**4** Where did the alleged act of discrimination occur?
For example: Was it at a rental unit? Single family home? Public or Assisted Housing? A Mobile Home?
Did it occur at a bank or other lending institution?
Provide the address.

Address: 3044 N Fruit #D

City: Fresno   State: CA   Zip Code: 93705

**5** When did the last act of discrimination occur?
Enter the date: 12/24/19

Is the alleged discrimination continuing or ongoing?   (Yes)   No ☐   ☐

Signature: _Danelle Scoggins_   Date:

Send this form to HUD or to the fair housing agency nearest you. If you are unable to complete this form, you may call that office directly. See address and telephone listings on back page.

# ARE YOU A VICTIM OF HOUSING DISCRIMINATION?

"The American Dream of having a safe and decent place to call 'home'
reflects our shared belief that in this nation,          opportunity and
success are within everyone's reach.
Under our Fair Housing laws, every citizen is assured the
opportunity to build a better life in the home or apartment of their
choice — regardless of their race, color, religion, sex, national origin,
family status or disability."

Alphonso Jackson
Secretary

# HOW DO YOU RECOGNIZE HOUSING DISCRIMINATION?

## Under the Fair Housing Act, it is Against the Law to:

- Refuse to rent to you or sell you housing
- Tell you housing is unavailable when in fact it is available
- Show you apartments or homes only in certain neighborhoods
- Set different terms, conditions, or privileges for sale or rental of a dwelling
- Provide different housing services or facilities
- Advertise housing to preferred groups of people only
- Refuse to provide you with information regarding mortgage loans, deny you a mortgage loan, or impose different terms or conditions on a mortgage loan
- Deny you property insurance
- Conduct property appraisals in a discriminatory manner
- Refuse to make reasonable accomodations for persons with a disability if the accommodation may be necessary to afford such person a reasonable and equal opportunity to use and enjoy a dwelling.
- Fail to design and construct housing in an accessible manner
- Harass, coerce, intimidate, or interfere with anyone exercising or assisting someone else with his/her fair housing rights

*Begin there vie*

## ARE YOU A VICTIM OF HOUSING DISCRIMINATION?

"The American Dream of having a safe and decent place to call 'home' reflects our shared belief that in this nation,          opportunity and success are within everyone's reach.
Under our Fair Housing laws, every citizen is assured the opportunity to build a better life in the home or apartment of their choice — regardless of their race, color, religion, sex, national origin, family status or disability."

Alphonso Jackson
Secretary

## HOW DO YOU RECOGNIZE HOUSING DISCRIMINATION?

### Under the Fair Housing Act, it is Against the Law to:

- Refuse to rent to you or sell you housing
- Tell you housing is unavailable when in fact it is available
- Show you apartments or homes only in certain neighborhoods
- Set different terms, conditions, or privileges for sale or rental of a dwelling
- Provide different housing services or facilities
- Advertise housing to preferred groups of people only
- Refuse to provide you with information regarding mortgage loans, deny you a mortgage loan, or impose different terms or conditions on a mortgage loan
- Deny you property insurance
- Conduct property appraisals in a discriminatory manner
- Refuse to make reasonable accomodations for persons with a disability if the accommodation may be necessary to afford such person a reasonable and equal opportunity to use and enjoy a dwelling.
- Fail to design and construct housing in an accessible manner
- Harass, coerce, intimidate, or interfere with anyone exercising or assisting someone else with his/her fair housing rights

*[handwritten note: Begin there vere]*

Three copies of each
Papers

# Housing Discrimination Information

1. What happen to you, I was discriminated against based on my Disability and was wrongful take advantage of based on my lack of comprehension as well as ongoing ~~harassment~~ coered and harassement, and making And setting different terms and conditions. How was you discrimated against? ~~discriminated against~~ based on my disability, Familial Status, ~~ongoing~~ coerce ongoing, and Not having a Safe and Decent place to call home.

2. Why do you think you are a victim of housing discrimination? ~~discrimination~~ Disability my housing rights wer misused of ~~there~~ there own Personal gain they intentally put me here to cause afflictions and unathorized permission to Enter my devrelling Harass, coerce, intimidate, impose Different terms. cause the lack of my disability condition but most of all me and my kids Safe and thy know what I'm talking about.

Thank you    Dannelle Renee Scoggins

# LAW ENFORCEMENT REPORT FORM
## FRESNO POLICE DEPARTMENT
### 2323 MARIPOSA MALL, FRESNO CA 93721
Phone: (559)621-7000
CA0100500

**Event: 15BF8320**

**Case: 15-055431**

## INCIDENT INFORMATION

**Report #:** 1 of 1   **Report Type:** PROP CRIME   **District:** NE **Beat:** G   **Zone:** 2058
**Definition and Class:** PC484(A) - PETTY THEFT - Lvl M
**Occurred From:** 07/23/15 12:00 Thu   **Occurred To:** 08/02/15 12:00 Sun
**Location:** 3373 N MILLBROOK AV #39 FRESNO   **Received Date:** 08/06/15 13:12 Thu
**Cross Street:** E FOUNTAIN WY
**How Rcv::** T

## CASE FACTORS

**FOLLOWUP**
    VICTIM WILL PROSECUTE
**SPECIAL FACTORS**
    TELEPHONE REPORT, ELECTRONIC REPORT

## APPROVALS AND ROUTING

**Close Class:** 4F1 - VEHICLE BURGLARY   **Open Class::** 4F1
**CAS Code:** LARC
**Printed:** 10/27/2015 11:19:36 AM   **Printed By:** LISTON, BRENDA(T247)   **Printed From:** A72758
Press Log
**Rpt #:** 1   **Type:** FIRST   **Officer:** PARK (V3746), CHRISTOPHER #PC286   **Clerk:** #   **Created:** 08/06/15 14:16
**Filed Date:** 08/06/15 14:16   **Assigned Date:** 08/06/15 14:16
**Approved By:** ROMO (V3320), JOHN M #S117
**Reviewed By:** OROZCO, VIRGIE #T657   **Date Approved:** 8/6/2015 3:05:50 PM
**Routing:** None   **Date Reviewed:** 8/8/2015 12:26:27 PM

## NAMES

This Copy was prepared by the Fresno Police
Department on (date) _____ 16-2-17
for the official use of:
Name _____
Agency _____
and may not be revealed by any unauthorized person
By _____

**Inv: SUSPECT # 1   Type:** PERSON
**Name:** UNKNOWN
**Race:** X   **Sex:** X   **Hair:** XXX   **Eyes:** XXX
**Crime Type:** PC484   **Suspect Status:** ATLG
Unknown
**Address:** , ,
**VICTIM:** SCOGGINS,DANELLE
***** Charge Information *****

| Section | Code | Lvl | Description | Counts | Bail | Warrant |
|---|---|---|---|---|---|---|
| 484(A) | PC | M | PETTY THEFT | 1 | | |

**Judicial District:** FRESNO MUNI

**Inv: VICTIM # 1   Adult/Juvenile:** A **Type:** PERSON
**Name:** SCOGGINS,DANELLE
**Race:** B   **Sex:** F   **DOB:** 12/07/1981   **Age:** 33   **Height:** 507 **Weight:** 190   **Hair:** BLK   **Eyes:** BRO
**Employer:** NONE
**Language:** ENGLISH   **PD#:** 175828   **Birth City:** OAKLAND   **Birth State:** CA
**AKA Name:** SCOGGINS   **First:** DANELLE   **Middle:** RENEE
**AKA Name:** SCROGGINS   **First:** DEE
**KA Name:** SCOGGINS   **First:** DANELLE   **Middle:** RENEE

| Marks and Tattoos: Location | Feature | Description |
|---|---|---|
| L HND | TAT | RIP |
| RF ARM | TAT | PUFF PUFF PASS |

.K (V3746), CHRISTOPHER #PC286
ROMO (V3320), JOHN M #S117

# FRESNO POLICE DEPARTMENT
CA0100500

**Event: 15BF8320**

**Case: 15-055431**

**Identification:** PI - B9462522 - CA | DL - B9462522 - CA            GOLD FRONT TEETH
**Home:** 3373 N MILLBROOK AV #39, FRESNO, CA 93726
**Phone:** (559)365-0079
**SUSPECT:** UNKNOWN

## VEHICLES

**Inv:** VICT/VEHICLE ATTACKED        **Date/Time:** 8/6/2015 1:12:00 PM
**License:** 6XEZ204  **State:** CA   **Lic Year:** 2015    **Lic Type:** PC    **Year:** 1990 **Make:** HOND
**Model:** CIVIC    **Style:** 4D    **Color:** BLK **VIN:** 1HGED3658LA095678    **Condition:** POO
**Vehicle Dispo:** RTO      **Officer:** PC286   **Description:** MISSING WATER PUMP, FAN AND FRONT LEFT TIRE FLAT
**REGISTERED OWNER:** SCOGGINS,DANELLE

## PROPERTY

**Inv:** Stolen # 1    **Date:** 8/6/2015 1:12:00 PM
**Category:** OTHER **Article:** VEH PART      **Disposition:** OUTSTANDNG     **Officer ID:** PC286 **Quantity:** 1
**Value:** $ 70
**Dispo:** OUTSTANDNG    **County Code:** 10   **NCIC Code:** CA01      **Description:** WATER PUMP    **Condition:** GD
**Zone:** 2058

| **Property Desc:** | **Category** | | **Type** |
| | TAKEN FROM | | PARKING LOT |
| | VALUATION | | OWNER |

**PROPERTY TAKEN OR LOST / VICTIM:** SCOGGINS,DANELLE
**SUSPECTED OF BEING INVOLVED WITH THIS PROPERTY:** UNKNOWN

**Inv:** Stolen # 2    **Date:** 8/6/2015 1:12:00 PM
**Category:** OTHER **Article:** VEH PART      **Disposition:** OUTSTANDNG     **Officer ID:** PC286 **Quantity:** 1
**Value:** $ 25
**Dispo:** OUTSTANDNG    **County Code:** 10   **NCIC Code:** CA01      **Description:** VEH FAN  **Condition:** GD
**Zone:** 2058

| **Property Desc:** | **Category** | | **Type** |
| | TAKEN FROM | | PARKING LOT |
| | VALUATION | | OWNER |

**PROPERTY TAKEN OR LOST / VICTIM:** SCOGGINS,DANELLE
**SUSPECTED OF BEING INVOLVED WITH THIS PROPERTY:** UNKNOWN
**Total Stolen:** $95

**Inv:** Vandalized Property # 1    **Date:** 8/6/2015 1:12:00 PM
**Category:** OTHER  **Article:** VEHTIRE       **Disposition:** SCN  **Officer ID:** PC286 **Quantity:** 1 **Value:** $ 25
**Dispo:** SCN  **County Code:** 10  **NCIC Code:** CA01      **Description:** FRONT LEFT TIRE SLASHED
**Condition:** BAD     **Zone:** 2058

| **Property Desc:** | **Category** | | **Type** |
| | VALUATION | | OWNER |

**PROPERTY TAKEN OR LOST / VICTIM:** SCOGGINS,DANELLE
**SUSPECTED OF BEING INVOLVED WITH THIS PROPERTY:** UNKNOWN
**Total Vandalized Property:** $25

**Officer: PARK (V3        USTOPHER #PC286
**Supervisor:** ROMO .        OHN M #3117

This copy was prepared by the Fresno Police Department on (Date)  1/21/20
For the official use of:
Name  Danelle Scoggins
Agency
and may not be revealed by any unauthorized person.
By  V.Aquirre T372

# LAW ENFORCEMENT REPORT FORM
## FRESNO POLICE DEPARTMENT
2323 MARIPOSA MALL, FRESNO CA 93721
Phone: (559)621-7000
CA0100500

**Event: 18BX2095**                                                                 **Case: 18-077174**

## INCIDENT INFORMATION

**Report #:** 1 of 1     **Report Type:** PROP CRIME     **District:** NE   **Beat:** G     **Zone:** 1959
**Definition and Class:** PC459 - BURGLARY:VEHICLE - Lvl F
**Occurred From:** 11/18/18 18:00 Sun     **Occurred To:** 11/18/18 20:00 Sun     **Received Date:** 11/18/18 20:19 Sun
**Location:** 3740 E ASHLAN AV #P FRESNO
**Cross Street:** N SEVENTH ST
**How Rcv::** T

## CASE FACTORS

**EVIDENCE**
    EVIDENCE.COM AUDIO/VIDEO UPLOADED
**FOLLOWUP**
    VICTIM WILL PROSECUTE
**SPECIAL FACTORS**
    ELECTRONIC REPORT

## APPROVALS AND ROUTING

**Close Class:** 4F1 - VEHICLE BURGLARY     **Open Class:** 4F1
**CAS Code:** BURV
**Printed:** 1/21/2020 11:38:07 AM   **Printed By:** AGUIRRE, VALERIE(T372)     **Printed From:** R10181
  Press Log
**Rpt #:** 1     **Type:** FIRST     **Officer:** WALLS (V3316), MALCOLM #P1736     **Clerk:** #     **Created:** 11/18/18 22:13
**Filed Date:** 11/18/18 22:13  **Assigned Date:** 11/18/18 22:13
**Approved By:** TAFOYA (V2430), RUDY #S146                          **Date Approved:** 12/1/2018 6:30:43 PM
**Reviewed By:** RAY, DEBBIE #T34                                    **Date Reviewed:** 12/3/2018 8:40:22 AM
**Routing:** None

## NAMES

**Inv:** SUSPECT # 1   **Type:** PERSON
**Name:** UNKNOWN
**Race:** X     **Sex:** X     **Hair:** XXX   **Eyes:** XXX
**Suspect Status:** ATLG
**Address:**  , FRESNO, CA

**Inv:** VICTIM # 1     **Adult/Juvenile:** A   **Type:** PERSON
**Name:** SCOGGINS,DANELLE RENEE
**Race:** B     **Sex:** F     **DOB:** 12/07/1981     **Age:** 36     **Height:** 508   **Weight:** 190   **Hair:** BLK     **Eyes:** BRO
**Language:** ENGLISH
**Identification:** SUSP - B9462522 - CA
**Home:** 3044 N FRUIT AV #P, FRESNO, CA 93705
**Phone:** (510)560-1756

## VEHICLES

**Inv:** VICT/VEHICLE ATTACKED          **Date/Time:** 11/18/2018 8:19:00 PM
**License:** 7ZUG516   **State:** CA     **Lic Year:** 2018     **Lic Type:** PC     **Year:** 1991   **Make:** ACUR
**Model:** LEGEND     **Style:** CP     **Color:** GRY  **VIN:** JH4KA8251MC007815     **Value:** 2000
**Financial Responsibility:** SCOGGINS, DANELLE     **Vehicle Dispo:** SCN
**LEGAL OWNER:** SCOGGINS,DANELLE RENEE

**Officer: WALLS (V3316), MALCOLM #P1736**                          **Page 1 of 3**
**Supervisor: TAFOYA (V2430), RUDY #S146**

## FRESNO POLICE DEPARTMENT

Event: 18BX2095

CA0100500

Case: 18-077174

### PROPERTY

Inv: Stolen # 1       **Date:** 11/18/2018 8:19:00 PM
**Category:** OTHER   **Article:** OTHER   **Color:** BLK   **Color2:** BLK       **Disposition:** OUTSTANDNG   **Quantity:** 10
**Value:** $ 30
**Dispo:** OUTSTANDNG
**Description:** BLACK BRIEF CASE CONTAINING PERSONAL INFORMATION OF VIC AND CHILDREN TO INCLUDE-
DRIVERS LICENSE, BIRTH CERTIFICATES, SOCIAL SECURITY CARDS AND OTHER PERSONAL INFORMATION.
**Zone:** 2153
**OWNER:** SCOGGINS,DANELLE RENEE
**Total Stolen:** $30

### MO

**ENTRY METHOD**
    WIN SMASH
**ENTRY-VEHICLE**
    REAR PASSENGER WINDOW
**PLACE OF ATTACK**
    PARKING LOT
**SURROUNDING AREA**
    OTHER
**STRUCT-COMMERCIAL**
    OTHER
**STRUCT-PUBLIC**
    CHURCH
**SUSPECT ACTIONS**
    HOTPROWL
**STRUCT-VEHICLE**
    PASSENGER
**TARGET-PROPERTY**
    OTHER
**TARGET-VEHICLE**
    OTHER
**EXIT-VEHICLE**
    REAR WINDOW

### OTHER FACTORS

None

### NARRATIVE

## VEHICLE BURGLARY

### SOURCE OF ACTIVITY:

On 11/18/18 at approx. 2153 hours, I was dispatched to 3044 N. Fruit #P regarding a vehicle burglary

### INVESTIGATION:

The Victim told me the following:
The victim vehicle was parked and locked at 3740 E. Ashlan between the hours of 11/18/18 1800 and
11/18/18 2000.  During that time unknown suspect(s) broke into the vehicle by: smashing her rear
driver side passenger window with an unknown object or weapon.

Officer: WALLS (V3316), MALCOLM #P1736
Supervisor: TAFOYA (V2430), RUDY #S146

Page 2 of 3

I processed surfaces of the vehicle, doors, windows etc.. for fingerprints. I recovered prints on the top frame of the broken window.

Items taken are listed as stolen in the property portion of this report. At this time there are no suspects or witnesses to the crime. Other pertinent details include: There are no video cameras at location of occurence. Victim advised the vehicle did not have an alarm system.

## CONCLUSIONS/DEDUCTIONS:

Unknown suspect(s) burglarized the victim vehicle.

## DISPOSITION:

Any serialized property was entered into CLETS as stolen.

The Victim was given case information.

This Copy was prepared by the Fresno Police
Department on (Date: 1/21/20cv-00140-DAD-SAB   Document 1   Filed 01/28/20   Page 50 of 67
For the official use of:
Name  Danelle Scoggins
Agency
and may not be revealed by any unauthorized person
By        V.Aguirre T372

# LAW ENFORCEMENT REPORT FORM
## FRESNO POLICE DEPARTMENT
2323 MARIPOSA MALL, FRESNO CA 93721
Phone: (559)621-7000
CA0100500

**Event: 18BP0297**                                                              **Case: 18-063934**

## INCIDENT INFORMATION

**Report #:** 1 of 2      **Report Type:** PROP CRIME      **District:** CE  **Beat:** C      **Zone:** 2153
**Definition and Class:** PC594(B)(2)(A) - VANDALISM -$400 - Lvl M
**Occurred From:** 09/25/18 22:52 Tue      **Occurred To:** 09/25/18 23:00 Tue      **Received Date:** 09/25/18 22:52 Tue
**Location:** 3044 N FRUIT AV #P FRESNO
**Cross Street:** W CORNELL AV
**How Rcv::** T

## CASE FACTORS

**EVIDENCE**
    LATENTS WERE RECOVERED
**FOLLOWUP**
    VICTIM WILL PROSECUTE
**SPECIAL FACTORS**
    ELECTRONIC REPORT

## APPROVALS AND ROUTING

**Close Class:** 4W3 - VANDAL/OTH STRUCTURE      **Open Class::** 4F
**CAS Code:** VAND
**Printed:** 1/21/2020 11:51:49 AM  **Printed By:** AGUIRRE, VALERIE(T372)      **Printed From:** R10181
Press Log
**Rpt #:** 1      **Type:** FIRST      **Officer:** FRANCO (V3386), DEVIN #P1942   **Clerk:** #      **Created:** 09/25/18 23:32
**Filed Date:** 09/25/18 23:32  **Assigned Date:** 09/25/18 23:32
**Approved By:** LEE (V3949), JEFF #P1320                                    **Date Approved:** 10/1/2018 3:00:52 AM
**Reviewed By:** DUNN (V3874), KIMBERLY #T249                          **Date Reviewed:** 10/8/2018 5:27:30 PM
**Routing:** None

## NAMES

**Inv: SUSPECT # 1   Type:** PERSON
**Name:** UNKNOWN
**Suspect Status:** ATLG
Unknown

**Inv: VICTIM # 1      Adult/Juvenile:** A   **Type:** PERSON
**Name:** SCOGGINS,DANELLE RENEE
**Race:** B      **Sex:** F      **DOB:** 12/07/1981   **Age:** 36      **Height:** 508  **Weight:** 190  **Hair:** BLK      **Eyes:** BRO
**Identification:** SUSP - B9462522 - CA
**Address:** 3044 N FRUIT P, FRESNO, CA 93705

## VEHICLES

**Inv: INVOLVED VEHICLE      Date/Time:** 9/25/2018 10:52:00 PM
**License:** 7ZUG516   **State:** CA   **Lic Year:** 2018      **Lic Type:** PC      **Year:** 1991  **Make:** ACUR
**Model:** LEGEND   **Style:** CP   **Color:** GRY  **VIN:** JH4KA8251MC007815      **Condition:** BAD   **Value:** 2000
**Financial Responsibility:** SCOGGINS, DANELLE      **Vehicle Dispo:** SCN
**Description:** 2 VEHICLE ALARMS ON VEHICLE WERE NOT WORKING. SIDE FENDERS ON BOTH SIDES OF VEHICLE
WERE CRACKED. TOP OF LEFT DRIVER SIDE DOOR HAD MINOR DAMAGE.

| Damage Type | Extent | Color | Location |
|---|---|---|---|
| CRACKED | MINOR DAMAGE | | RIGHT FRONT FENDER |
| CRACKED | MINOR DAMAGE | | LEFT FRONT DOOR |

**Officer:** FRANCO (V3386), DEVIN #P1942                                    **Page 1 of 3**
**Supervisor:** LEE (V3949), JEFF #P1320

## FRESNO POLICE DEPARTMENT

| Event: 18BP0297 | CA0100500 | Case: 18-063934 |
|---|---|---|
| VICTIM: SCOGGINS,DANELLE RENEE | | |

**MO**

None

**OTHER FACTORS**

None

**NARRATIVE**

**MEMBERS WHO CAN TESTIFY:**
Cpl. J.Lee #P1320


**SOURCE:**
On Tuesday, 9-25-18, I was working uniformed patrol in central Fresno. At approx. 2327 hrs. i was dispatched to 3044 N Fruit regarding a vehicle being burglarized.


**INVESTIGATION:**
Upon arrival, I came in contact with the RP who identified herself as Danelle Scoggins. Scoggins stated the following.

Statment of Scoggins:
She said she was upstairs in her apt. when she heard a vehicle alarm go off. She went outside to see if it was her vehicle that was going off. As she looked outside she saw two HMA wearing all black near her vehicle. When the two HMA adults saw her they immediately left on their bikes towards Shields and Fruit. She went to go check her vehicle and noticed her alarms were not working anymore on the vehicle. She also saw that there was damage done to her side fenders and noticed there were handprints on her driver side window.

She estimated her damages to the vehicle to be $200. She also requested to have finger prints done on the vehicle.

I dusted the vehicle and recovered latent prints.

At this time Scoggins wants the events documented.

**CONCLUSIONS / DEDUCTIONS:**
On Tuesday, 9-25-18, I was working uniformed patrol in central Fresno. At approx. 2327 hrs. i was dispatched to 3044 N Fruit regarding a vehicle being burglarized. It appears two HMA were seen near her vehicle when Scoggins went outside to see if her car alarm was going off. The two males saw her and left immediately on their bikes toward Shields and Fruit. Latent prints were obtained from the vehicle and the unknown suspects did not make entry into the vehicle and are still at large.

**DISPOSITION:**
Scoggins was given a case number.
Latent prints were recovered.


| Officer: FRANCO (V3386), DEVIN #P1942 | Page 2 of 3 |
|---|---|
| Supervisor: LEE (V3949), JEFF #P1320 | |



Fresno Police Department
Event Report

Time: 01/21/2020 11:56:38

Event: 18-BD7864

## INCIDENT INFORMATION

| Receive Time | Clear Time | Call Taker | Position |
|---|---|---|---|
| 07/14/2018 09:59:12 | 7/14/2018 5:46:05 PM | DEALBA PM 1.21.19, ANITRA   ID: DT036 | CT21 |

| Classification | Priority | How Receive | Services |
|---|---|---|---|
| 4F1 | 3 | T | Police |

| Address | | | |
|---|---|---|---|
| 3044 N FRUIT AV #P / W CORNELL AV, FRESNO | | | |

| Police Agency | District | Beat | Station | Zone |
|---|---|---|---|---|
| PD | CE | C | | 2153 |

This Copy was prepared by the Fresno Police
Department on (Date)   1/21/20

## REPORTING PARTIES

| Name | Phone |
|---|---|
| SCOGGINS,DANIELLE   Danelle Scoggins | (559)994-4146 |

For the official use of:

| Address | Info |
|---|---|

Agency

and may not be revealed by any unauthorized person.

By       V.Aquire T372

## SYNOPSIS

ATT VEH 459 TO RP VEH ... RP STS SUSP WENT UNDER HER VEH AND DAMAGED SOME PROP

## DISPOSITIONS

| Closing Class | Event Dispo | Location | Unit Code | Agency: Case Number | Primary Staff |
|---|---|---|---|---|---|
| 4F1 | O | R | 80 | PD: | AGUINIGA (V3960), ROMAN P1846 |

## UNIT HISTORIES / SUPPLEMENTS

| Time | | | Operator | Position |
|---|---|---|---|---|
| 07/14/2018 11:50:40 | | | MARIN PM 1.21.19, KIA   ID: D3062 | CT01 |

Supplement

P2 PD02 ,RP CB REG RESP TIME ... LL RP WHEN OFFCR ER

| Time | Unit | Status | Operator | Position |
|---|---|---|---|---|
| 07/14/2018 17:22:25 | 2C31 | D | CARTER (V3488), ALLISON   ID: D3122 | PD02 |
| 07/14/2018 17:22:25 | | | CARTER (V3488), ALLISON   ID: D3122 | PD02 |

Supplement

2C31 Comment: WILL ADV

| Time | Unit | Status | Operator | Position |
|---|---|---|---|---|
| 07/14/2018 17:22:37 | 2C31 | ER | AGUINIGA (V3960), ROMAN   ID: P1846 | A00586 |
| 07/14/2018 17:22:40 | | | CARTER (V3488), ALLISON   ID: D3122 | PD02 |

Supplement

P2 UT ,LL RP AND ADV UNITS ER....AVAIL?

| Time | | | Operator | Position |
|---|---|---|---|---|
| 07/14/2018 17:24:47 | | | ISQUIERDO (V3043), REBEKAH   ID: D3063 | CT18 |

Supplement

P2 PD02 ,2C31..NO ANS FOR THE RP AND VM IS FULL NOT ABLE TO LEAVE VM

| Time | Unit | Status | Operator | Position |
|---|---|---|---|---|
| 07/14/2018 17:26:41 | 2C31 | AR | AGUINIGA (V3960), ROMAN   ID: P1846 | A00586 |
| 07/14/2018 17:35:58 | 2C31 | ECOMM | GUZMAN (V3049), RAFAEL   ID: D3039 | PD02 |

Comment

License Plate Check LIC:7ZUG516 LIS:CA Request Key:30197980

| Time | | | Operator | Position |
|---|---|---|---|---|
| 07/14/2018 17:45:37 | | | AGUINIGA (V3960), ROMAN   ID: P1846 | A00586 |

Supplement

MADE CONTACT WITH RP AND VEHICLE CHECKED OUT OK. SHE WAS CONCERN THAT HER VEHICLE WAS BEING TAMPERED WITH. NO SIGNS OF NEW DAMAGE TO THE VEHICLE SEEN. NFI

Time: 01/21/2020 11:56:38

Event: 18-BD7864

| Time 07/14/2018 17:46:05 | Unit 2C31 | Dissociate Status IN | |
|---|---|---|---|

| STAFF | | | |
|---|---|---|---|
| Police Unit 2C31 | Staff AGUINIGA (V3960), ROMAN   ID: P1846 | | |

| RESPONSE TIMES | | | |
|---|---|---|---|
| | Event | Police | Fire |
| Receive | 07/14/2018 09:59:12 | 07/14/2018 09:59:14 | |
| Save | 07/14/2018 10:00:32 | | |
| Dispatch | 07/14/2018 17:22:25 | 07/14/2018 17:22:25 | |
| Enroute | 07/14/2018 17:22:37 | 07/14/2018 17:22:37 | |
| Arrive | 07/14/2018 17:26:41 | 07/14/2018 17:26:41 | |
| Last Clear | 07/14/2018 17:46:05 | 07/14/2018 17:46:05 | |
| No. of Units | 1 | 1 | 0 |

Fresno Police Department
Event Report

Time: 01/21/2020 11:46:01                                                              Event: 18-AI6716

## INCIDENT INFORMATION

| Receive Time 02/25/2018 22:02:40 | Clear Time 2/25/2018 10:26:28 PM | Call Taker WORDEN (V3093), TAMI  ID: D3081 | | Position PD01 |
|---|---|---|---|---|
| Classification 3C | Priority 3 | How Receive O | Services Police | |
| Address W CALIFORNIA AV / S THORNE AV, FRESNO | | | This Copy was prepared by the Fresno Police Department on (Date) 1/21/20 | |
| Police Agency PD | District SW | Beat C | For the official use of: Name Danelle Scoggins | Zone 2853 |

## SYNOPSIS

VEH W/3 OR 4

Agency _____
and may not be revealed by any unauthorized person
By        V.Aguirre T372

## DISPOSITIONS

| Closing Class | Event Dispo | Location | Unit Code | Agency: Case Number | Primary Staff |
|---|---|---|---|---|---|
| 3C1 | I | O | 80 | PD: | HUTCHINS (V3293), BRET P1717 |

## UNIT HISTORIES / SUPPLEMENTS

| Time | Unit | Status | Operator | | Position |
|---|---|---|---|---|---|
| 02/25/2018 22:02:40 | 1D31 | D | WORDEN (V3093), TAMI  ID: D3081 | | PD01 |
| Location CALIF/THORNE | | | | | |
| 02/25/2018 22:02:40 | 1D31 | ER | WORDEN (V3093), TAMI  ID: D3081 | | PD01 |
| Location CALIF/THORNE | | | | | |
| 02/25/2018 22:02:40 | 1D31 | ECOMM | WORDEN (V3093), TAMI  ID: D3081 | | PD01 |
| Location CALIF/THORNE | | | | | |
| Comment License Plate Check LIC:7ZUG516 LIS:CA Request Key:29608699 | | | | | |
| 02/25/2018 22:02:40 | 1D31 | 3C | WORDEN (V3093), TAMI  ID: D3081 | | PD01 |
| Location CALIF/THORNE | | | | | |
| 02/25/2018 22:02:53 | 1C22 | D | WORDEN (V3093), TAMI  ID: D3081 | | PD01 |
| Location CALIF/THORNE | | | | | |
| 02/25/2018 22:02:53 | 1C22 | ER | WORDEN (V3093), TAMI  ID: D3081 | | PD01 |
| Location CALIF/THORNE | | | | | |
| 02/25/2018 22:03:13 | 1D31 | 3C | WORDEN (V3093), TAMI  ID: D3081 | | PD01 |
| Location CALIF/E THORNE | | | | | |
| 02/25/2018 22:03:13 | 1C22 | ER | WORDEN (V3093), TAMI  ID: D3081 | | PD01 |
| Location CALIF/E THORNE | | | | | |
| 02/25/2018 22:03:26 | 1C22 | AR | SANDERS (V3389), SAM  ID: P1765 | | A00601 |
| Location CALIF/E THORNE | | | | | |

| Time 02/25/2018 22:06:40 | Unit 1D31 | Status ECOMM | Operator HUTCHINS (V3293), BRET   ID: P1717 | Position A00629 |
|---|---|---|---|---|
| Location CALIF/E THORNE | | | | |
| Comment | | | | |

| Time 02/25/2018 22:07:44 | Unit 1D31 | Status ECOMM | Operator HUTCHINS (V3293), BRET   ID: P1717 | Position A00629 |
|---|---|---|---|---|
| Location CALIF/E THORNE | | | | |
| Comment | | | | |

| Time 02/25/2018 22:07:49 | Unit 1D31 | Status ECOMM | Operator HUTCHINS (V3293), BRET   ID: P1717 | Position A00629 |
|---|---|---|---|---|
| Location CALIF/E THORNE | | | | |
| Comment | | | | |

| Time 02/25/2018 22:07:55 | Unit 1D31 | Status ECOMM | Operator HUTCHINS (V3293), BRET   ID: P1717 | Position A00629 |
|---|---|---|---|---|
| Location CALIF/E THORNE | | | | |
| Comment | | | | |

| Time 02/25/2018 22:08:42 | Unit 1D31 | Status ECOMM | Operator HUTCHINS (V3293), BRET   ID: P1717 | Position A00629 |
|---|---|---|---|---|
| Location CALIF/E THORNE | | | | |
| Comment | | | | |

| Time 02/25/2018 22:08:55 | Unit 1D31 | Status ECOMM | Operator HUTCHINS (V3293), BRET   ID: P1717 | Position A00629 |
|---|---|---|---|---|
| Location CALIF/E THORNE | | | | |
| Comment | | | | |

| Time 02/25/2018 22:08:55 | Unit 1D31 | Status ECOMM | Operator HUTCHINS (V3293), BRET   ID: P1717 | Position A00629 |
|---|---|---|---|---|
| Location CALIF/E THORNE | | | | |
| Comment | | | | |

| Time 02/25/2018 22:08:57 | Unit 1D31 | Status ECOMM | Operator HUTCHINS (V3293), BRET   ID: P1717 | Position A00629 |
|---|---|---|---|---|
| Location CALIF/E THORNE | | | | |
| Comment | | | | |

| Time 02/25/2018 22:09:43 | Operator WORDEN (V3093), TAMI   ID: D3081 | Position PD01 |
|---|---|---|
| Supplement NEG HS/NSET ON WILLIAMS, SCOGGINS AND WRIGHT | | |

| Time 02/25/2018 22:14:38 | Operator HUTCHINS (V3293), BRET   ID: P1717 | Position A00629 |
|---|---|---|
| Supplement VEHICLE STOPPED FOR NOT COMING TO A COMPLETE STOP. OCCUPANTS RNU AND CLEARED OF ALL WANTS. DRIVER ADVISED OF DANGEROUS DRIVING AND SOW W/ A WARNING. | | |

Fresno Police Department
Event Report

Time: 01/21/2020 11:46:01                                                                   Event: 18-AI6716

| Time<br>02/25/2018 22:22:06 | Unit<br>1D31 | Status<br>ECOMM | Operator<br>HUTCHINS (V3293), BRET  ID: P1717 | | Position<br>A00629 |
|---|---|---|---|---|---|
| Location<br>**CALIF/E THORNE** | | | | | |
| Comment | | | | | |
| **LIC:6RFW882 LIT:PC LIS:CA Request Key:29608762** | | | | | |
| Time<br>02/25/2018 22:19:21 | Unit<br>**1C22** | Dissociate Status<br>**IN** | | | |
| Time<br>02/25/2018 22:26:28 | Unit<br>**1D31** | Dissociate Status<br>**IN** | | | |

**STAFF**

| Police Unit<br>**1C22** | Staff<br>SANDERS (V3389), SAM  ID: P1765 |
|---|---|
| Police Unit<br>**1D31** | Staff<br>HUTCHINS (V3293), BRET  ID: P1717 |

**RESPONSE TIMES**

| | Event | Police | Fire | |
|---|---|---|---|---|
| **Receive** | 02/25/2018 22:02:40 | 02/25/2018 22:02:40 | | |
| **Save** | 02/25/2018 22:02:40 | | | |
| **Dispatch** | 02/25/2018 22:02:40 | 02/25/2018 22:02:40 | | |
| **Enroute** | 02/25/2018 22:02:40 | 02/25/2018 22:02:40 | | |
| **Arrive** | 02/25/2018 22:02:40 | 02/25/2018 22:02:40 | | |
| **Last Clear** | 02/25/2018 22:26:28 | 02/25/2018 22:26:28 | | |
| **No. of Units** | 2 | 2 | 0 | |

This Copy was prepared by the Fresno Police
Department on (Date) 1/21/20
For the official use of:
Name Danelle Scoggins
Agency
and may not be revealed by any unauthorized person
By V.Aguirre T372

# LAW ENFORCEMENT REPORT FORM
## FRESNO POLICE DEPARTMENT
2323 MARIPOSA MALL, FRESNO CA 93721
Phone: (559)621-7000
CA0100500

**Event: 18BS4500**

**Case: 18-069652**

## INCIDENT INFORMATION

Report #: 1 of 1    Report Type: OTHER CRIME    District: CE  Beat: C    Zone: 2153
Definition and Class: PC530.5(A) - OBT CREDIT/ETC:OTHERS ID - Lvl M
Occurred From: 03/01/18 00:01 Thu    Occurred To: 04/01/18 00:01 Sun
Location: 3044 N FRUIT AV #P FRESNO    Received Date: 10/18/18 13:37 Thu
Cross Street: W CORNELL AV
How Rcv:: T

## CASE FACTORS

**EVIDENCE**
     EVIDENCE.COM AUDIO/VIDEO UPLOADED
**SPECIAL FACTORS**
     ELECTRONIC REPORT

## APPROVALS AND ROUTING

Close Class: 4P0 - FRAUD/FORGERY    Open Class:: 4F9
Premise: R    # of Premises: 1    CAS Code: FRAD
Printed: 1/21/2020 11:40:25 AM   Printed By: AGUIRRE, VALERIE(T372)    Printed From: R10181
Press Log
Rpt #: 1    Type: FIRST    Officer: GREGORY (V3459), KATHERINE #P1814  Clerk: #    Created: 10/18/18 23:30
Filed Date: 10/18/18 23:30  Assigned Date: 10/18/18 23:30
Approved By: ASHWORTH (V3197), SAMMY #S218
Reviewed By: VASQUEZ (V2005), EVA #T93
Routing: None

Date Approved: 10/19/2018 12:44:43 PM
Date Reviewed: 10/23/2018 10:59:16 AM

## NAMES

Inv: SUSPECT # 1    Type: PERSON
Name: UNKNOWN
Race: X     Sex: X    Hair: XXX    Eyes: XXX
Suspect Status: ATLG
 Unknown
Address:  , FRESNO, CA
VICTIM: SCOGGINS,DANELLE RENEE

Inv: VICTIM # 1    Adult/Juvenile: A    Type: PERSON
Name: SCOGGINS,DANELLE RENEE
Race: B    Sex: F    DOB: 12/07/1981   Age: 36    Height: 508  Weight: 190  Hair: BLK    Eyes: BRO
Language: ENGLISH
Identification: SUSP - B9462522 - CA
Home: 3044 N FRUIT AV #P, FRESNO, CA 93705
Phone: (510)560-1756
SUSPECT: UNKNOWN

## MO

None

## OTHER FACTORS

None

Officer: GREGORY (V3459), KATHERINE #P1814    Page 1 of 2
Supervisor: ASHWORTH (V3197), SAMMY #S218

**FRESNO POLICE DEPARTMENT**

Event: 18BS4500

CA0100500

Case: 18-069652

NARRATIVE

**SOURCE:**

On 10/18/18, I was working uniformed patrol in the Central district detailed as 2F41. At approx. 2330 hrs. I was dispatched to 3044 N Fruit Av #P regarding a theft.

**INVESTIGATION:**

I arrived at approx. 2340 hrs. and contacted the reporting party, who verbally identified herself as V-Danelle Scoggins. She provided the following statement.

**Statement of V-Scoggins:**

Scoggins stated that approx. 6-7 months ago an unknown suspect stole her CA ID and her social security card from her residence. She could not pinpoint exactly when this occurred. There was never any forced entry to the apartment. She is in a program and they have a key to her apartment but she was also dating several different women during that time period and they would have had access. She did not want to provide me with their names. She noticed the cards missing but did not report it at that time because she thought all she needed to do was go get new ones. She stated that she has a mental disability so it is difficult for her to understand what she needs to do in certain situations.

4-5 months ago she started receiving letters from an unknown credit bureau saying that she had signed up for something. She did not know what exactly it was and stated that she did not have any of the letters. She tried to tell them that she had not signed up for anything but has been unable to cancel anything because she does not know passcodes or security question answers. They told her that they would need a police report before they could provide any assistance.

**CONCLUSIONS / DEDUCTIONS:**

On an unknown date and time 6-7 months ago, V-Scoggins noticed her ID and social security card missing from her apartment. Approx. 5 months ago she began getting letters from a credit bureau saying that she had signed up for something which she never did. Based on the provided information, I concluded that the unknown suspect S-1 violated PC 484(a)- theft and PC 530.5(a)- use of identifying information to obtain credit. There is no suspect info at this time.

**DISPOSITION:**

1. AXON body camera footage available.
2. I provided V-Scoggins with a case number and mailed her a Marsy's Law letter.
3. S-1 is outstanding at this time.

Officer: GREGORY (V3459), KATHERINE #P1814
Supervisor: ASHWORTH (V3197), SAMMY #S218

Page 2 of 2

Fresno Police Department
Event Report

Time: 01/21/2020 11:54:26                                                    Event: 16-BB1650

## INCIDENT INFORMATION

| Receive Time | Clear Time | Call Taker | | Position |
|---|---|---|---|---|
| 07/18/2016 09:20:01 | 7/18/2016 10:57:26 AM | ALLEN (V3193), PATTY   ID: D3059 | | CT01 |

| Classification | Priority | How Receive | Services | |
|---|---|---|---|---|
| 4E5 | 2 | T | Police | |

| Address | | | | |
|---|---|---|---|---|
| 4754 E ALAMOS AV #202 / N RECREATION AV, FRESNO | | | | |

| Police Agency | District | Beat | Station | Zone |
|---|---|---|---|---|
| PD | NE | E | | 1761 |

## REPORTING PARTIES

This Copy was prepared by the Fresno Police Department on (Date)   1/21/20
For the official use of:   Danelle Scoggins
and may not be revealed by any unauthorized person
By   V.Aguirre T372

| Name | Phone |
|---|---|
| SCOGGINS,DANIELLE | (559)652-0105 |
| Address | Info |
| 1600 WILLOW AVE, FRESNO | 911 Caller |

## SYNOPSIS

ATT 459......RP SAYS YOU CAN SEE WHERE THEY TRIED TO PRY THE WINDOW FROM THE FRAME.......

## DISPOSITIONS

| Closing Class | Event Dispo | Location | Unit Code | Agency: Case Number | Primary Staff |
|---|---|---|---|---|---|
| 4E5 | I | R | 77 | PD: | SCOTT PM 3.15.18, ELEXIS PC352 |

## UNIT HISTORIES / SUPPLEMENTS

| Time | Unit | Status | Operator | | Position |
|---|---|---|---|---|---|
| 07/18/2016 10:20:54 | 9C41 | D | JOHNSON (V3053), TRACY   ID: D007 | | PD04 |

| Time | | | Operator | | Position |
|---|---|---|---|---|---|
| 07/18/2016 10:20:58 | | | JOHNSON (V3053), TRACY   ID: D007 | | PD04 |

Supplement
P2 CT03 ,LL RP, ER

| Time | Unit | Status | Operator | | Position |
|---|---|---|---|---|---|
| 07/18/2016 10:21:02 | 9C41 | ER | SCOTT PM 3.15.18, ELEXIS   ID: PC352 | | A00360 |

| Time | | | Operator | | Position |
|---|---|---|---|---|---|
| 07/18/2016 10:22:22 | | | WOOFTER (V3695), MATTHEW   ID: D3112 | | CT03 |

Supplement
P2 PD04 ,9C41..RP ADV AND AVAIL AT THE LOC

| Time | Unit | Status | Operator | | Position |
|---|---|---|---|---|---|
| 07/18/2016 10:31:33 | 9C41 | AR | SCOTT PM 3.15.18, ELEXIS   ID: PC352 | | A00360 |

| Time | | | Operator | | Position |
|---|---|---|---|---|---|
| 07/18/2016 10:57:07 | | | SCOTT PM 3.15.18, ELEXIS   ID: PC352 | | A00360 |

Supplement
SPOKE TO RP-DANELLE SCOGGINS (12/07/81) WHO STATED THAT SOMEONE TRIED TO PRY OPEN HER WINDOW BC THE SW CORNER OF THE WINDOW SCREEN PANEL WAS SLIGHTLY PULLED OFF. RP HAS TWO LITTLE BOYS, I ASKED HER IF MAYBE THE BOYS PICKED AT IT AND DID IT. RP STATED NO THAT SOMEONE IS TRYING TO BREAK INTO HER HOME AND HAVE BEEN TRYING TO DO SO. RP STARTED TALKING LOUDLY SO THAT "THEY " COULD HEAR OUR CONVO. RP STATED THAT SHE GAVE THE APT 30 DAY NOTICE THAT SHE IS MOVING AND HAS MOVED MOST OF HER THINGS TO STORAGE. RP STATED THAT SHE WANTED THE INCIDENT DOCUMENTED "TO COVER HERSELF". RP WAS GIVEN EVENT INFO

| Time | Unit | Dissociate Status |
|---|---|---|
| 07/18/2016 10:57:26 | 9C41 | IN |

| Police Unit | Staff |
|---|---|
| 9C41 | SCOTT PM 3.15.18, ELEXIS   ID: PC352 |

Fresno Police Department
Event Report

Time: 01/21/2020 11:54:26

| | Event | Police | Fire | |
|---|---|---|---|---|
| Receive | 07/18/2016 09:20:01 | 07/18/2016 09:22:12 | | |
| Save | 07/18/2016 09:22:19 | | | |
| Dispatch | 07/18/2016 10:20:54 | 07/18/2016 10:20:54 | | |
| Enroute | 07/18/2016 10:21:02 | 07/18/2016 10:21:02 | | |
| Arrive | 07/18/2016 10:31:33 | 07/18/2016 10:31:33 | | |
| Last Clear | 07/18/2016 10:57:26 | 07/18/2016 10:57:26 | | |
| No. of Units | 1 | 1 | 0 | |

**Fresno Police Department**
**Event Report**

Time: 01/21/2020 11:43:31

Event: 16-BA3257

## INCIDENT INFORMATION

| Receive Time | Clear Time | Call Taker | Position |
|---|---|---|---|
| 07/11/2016 22:45:05 | 7/11/2016 11:35:06 PM | BABCOCK (V3153), TAMARA   ID: D3090 | CT07 |

| Classification | Priority | How Receive | Services |
|---|---|---|---|
| 1N | 1 | T | Police |

| Address | | | |
|---|---|---|---|
| 4754 E ALAMOS AV #202 / N RECREATION AV, FRESNO | | | |

| Police Agency | District | Beat | Station | Zone |
|---|---|---|---|---|
| PD | NE | E | | 1761 |

## REPORTING PARTIES

| Name | Phone |
|---|---|
| DANIELLE | (559)652-0105 |

| Address | Info |
|---|---|
| 4754 E ALAMOS AV, FRESNO | 911 Caller |

## SYNOPSIS

SUSP ACT.. RP HEARD NOISES COMING FROM ROOF.... WHEN WENT OUTSIDE TO LOOK OUTSIDE... RP SEES BOARD CROSSING FROM ROOF TO ANOTHER ROOF..... NO SUBJS SEEN.

## DISPOSITIONS

| Closing Class | Event Dispo | Location | Unit Code | Agency: Case Number | Primary Staff |
|---|---|---|---|---|---|
| 1N4 | I | R | 80 | PD: | LOY (V3173), SEAN P1681 |

## UNIT HISTORIES / SUPPLEMENTS

| Time | | Operator | Position |
|---|---|---|---|
| 07/11/2016 22:47:04 | | BABCOCK (V3153), TAMARA   ID: D3090 | CT07 |

Supplement
P2 PD04 ,RP HEARD SOMEONE TRYING TO GET INTO ATTIC

| Time | Unit | Status | Operator | Position |
|---|---|---|---|---|
| 07/11/2016 22:51:10 | 4C23 | D | MOOSOOLIAN (V3354), KYLIE   ID: D3080 | PD04 |
| 07/11/2016 22:51:14 | 4C23 | ER | LOY (V3173), SEAN   ID: P1681 | A00522 |
| 07/11/2016 22:51:56 | 4C24 | D | MOOSOOLIAN (V3354), KYLIE   ID: D3080 | PD04 |
| 07/11/2016 22:52:02 | 4C24 | ER | KEELEY (V3671), NICK   ID: P1391 | A00583 |
| 07/11/2016 22:58:37 | 4C23 | AR | LOY (V3173), SEAN   ID: P1681 | A00522 |
| 07/11/2016 23:03:33 | 4C24 | AR | KEELEY (V3671), NICK   ID: P1391 | A00583 |
| 07/11/2016 23:10:47 | | | LOY (V3173), SEAN   ID: P1681 | A00522 |

Supplement
CONTACTED RP WHO STATED SUBJECTS WERE WALKING ON HER ROOF. CANVASSED AREA AND NO SUBJECTS ON ROOF OR IN AREA. CONTACTED HER NEIGHBOR WHO STATED HE DID NOT HEAR ANYONE ON THE ROOF.

| Time | Unit | Status | Operator | Position |
|---|---|---|---|---|
| 07/11/2016 23:12:40 | 4C23 | CL | LOY (V3173), SEAN   ID: P1681 | A00522 |

Location
BLKSTONE/NEES

| Time | Unit | Status | Operator | Position |
|---|---|---|---|---|
| 07/11/2016 23:25:07 | 4C23 | AR | LOY (V3173), SEAN   ID: P1681 | A00522 |

Location
BLKSTONE/NEES

| Time | Unit | Dissociate Status | |
|---|---|---|---|
| 07/11/2016 23:11:02 | 4C24 | IN | |

This Copy was prepared by the Fresno Police Department on (Date)  1/21/20

For the official use of:

Name   Danelle Scoggins

Agency

and may not be revealed by any unauthorized person

By_____ V.Aguirre T372

Fresno Police Department
Event Report

Time: 01/21/2020 11:43:31                                    Event: 16-BA3257

| Time | Unit | Dissociate Status |
|---|---|---|
| 07/11/2016 23:35:06 | 4C23 | IN |

| STAFF | |
|---|---|
| Police Unit | Staff |
| 4C23 | LOY (V3173), SEAN   ID: P1681 |
| Police Unit | Staff |
| 4C24 | KEELEY (V3671), NICK   ID: P1391 |

| RESPONSE TIMES | | | | |
|---|---|---|---|---|
| | Event | Police | Fire | |
| Receive | 07/11/2016 22:45:05 | 07/11/2016 22:45:59 | | |
| Save | 07/11/2016 22:46:35 | | | |
| Dispatch | 07/11/2016 22:51:10 | 07/11/2016 22:51:10 | | |
| Enroute | 07/11/2016 22:51:14 | 07/11/2016 22:51:14 | | |
| Arrive | 07/11/2016 22:58:37 | 07/11/2016 22:58:37 | | |
| Last Clear | 07/11/2016 23:35:06 | 07/11/2016 23:35:06 | | |
| No. of Units | 2 | 2 | 0 | |

Fresno Police Department
Event Report

Time: 01/21/2020 12:02:57

Event: 18-BJ3711

| Police Unit 2C11 | Staff PHEBUS (V3122), STEPHEN  ID: P1251 | | | |
|---|---|---|---|---|
| RESPONSE TIMES | | | | |
| | Event | Police | Fire | |
| Receive | 08/20/2018 12:38:10 | 08/20/2018 12:38:29 | | |
| Save | 08/20/2018 12:39:57 | | | |
| Dispatch | 08/20/2018 12:40:59 | 08/20/2018 12:40:59 | | |
| Enroute | 08/20/2018 12:41:04 | 08/20/2018 12:41:04 | | |
| Arrive | 08/20/2018 12:46:51 | 08/20/2018 12:46:51 | | |
| Last Clear | 08/20/2018 13:31:37 | 08/20/2018 13:31:37 | | |
| No. of Units | 1 | 1 | 0 | |

City of

**FRESNO**
POLICE DEPARTMENT

**ANDREW J. HALL**
Chief of Police



Mariposa Mall
P.O. Box 1271
Fresno, CA 93715-1271

---

To Whom It May Concern:

In accordance with California Penal Code 6254; no law enforcement officer or employee of a law enforcement agency shall disclose arrest records to any arrested person, or to any person who may be a defendant in a criminal action.

The defendant may obtain necessary information through the discovery process under Penal Code 1054.

Respectfully,

---

Kelly Keifer
Records Section Manager
2323 Mariposa Mall
(559) 621-2534
(559) 621-2520

*Safety, Service, Trust*

Fresno Police Department
Event Report

Page 1 of 2

Time: 01/21/2020 12:02:57

Event: 18-BJ3711

EVENT INFORMATION

| Receive Time | Clear Time | Call Taker | | Position |
|---|---|---|---|---|
| 08/20/2018 12:38:10 | 8/20/2018 3:38:59 PM | MATA (V3065), MARTA   ID: D3032 | | CT07 |
| Classification | Priority | How Receive | Services | |
| 4D | 1 | T | Police | |
| Address | | | | |
| 3044 N FRUIT AV #R / W CORNELL AV, FRESNO | | | | |
| Police Agency | District | Beat | Station | Zone |
| PD | CE | C | | 2153 |

REPORTING PARTIES

This Copy was prepared by the Fresno Police Department on (Date)   1/21/20

For the official use of:

| Name  Name   Danelle Scoggins | Phone |
|---|---|
| Address Agency | Info |
| and may not be revealed by any unauthorized person | 911 Caller, Contact |
| By   V.Aguirre T372 | |

SYNOPSIS

VICT OF ASSUALT .. RP WAS HIT BY HIS NEIGHBOR W/A CHAIR .. REFUSED AMB / NEIGHBOR IS 3 UNITS DOWN FROM RPS APT #P .. BFA 5/6 LSW: BLU TANK W/ORLANDO ON IT W/LONG BLK SHORTS

DISPOSITIONS

| Closing Class | Event Dispo | Location | Unit Code | Agency: Case Number | Primary Staff |
|---|---|---|---|---|---|
| 4D2 | C | R | 80 | PD: 18-054952 | PHEBUS (V3122), STEPHEN P1251 |

CALL HISTORY / MESSAGES/ ETC

| Time | Unit | Status | Operator | | Position |
|---|---|---|---|---|---|
| 08/20/2018 12:40:59 | 2C11 | D | OVOIAN (V3070), PATSY   ID: D3027 | | PD02 |
| Time | | | Operator | | Position |
| 08/20/2018 12:40:59 | | | OVOIAN (V3070), PATSY   ID: D3027 | | PD02 |
| Supplement | | | | | |
| 2C11 Comment: WILL ADV | | | | | |
| Time | Unit | Status | Operator | | Position |
| 08/20/2018 12:41:04 | 2C11 | ER | PHEBUS (V3122), STEPHEN   ID: P1251 | | A00676 |
| Time | | | Operator | | Position |
| 08/20/2018 12:42:14 | | | MATA (V3065), MARTA   ID: D3032 | | CT07 |
| Supplement | | | | | |
| P2 PD02 ,RP ALSO IN VERBAL DIST SAYING RUDE THINGS | | | | | |
| Time | | | Operator | | Position |
| 08/20/2018 12:43:43 | | | OVOIAN (V3070), PATSY   ID: D3027 | | PD02 |
| Supplement | | | | | |
| AA3911 PRIOR CALL ...8B SERVED RP PAPERWORK | | | | | |
| Time | Unit | Status | Operator | | Position |
| 08/20/2018 12:46:51 | 2C11 | AR | PHEBUS (V3122), STEPHEN   ID: P1251 | | A00676 |
| Time | | | Operator | | Position |
| 08/20/2018 13:08:54 | | | MOORE (V3068), LORIN   ID: D3002 | | PD02 |
| Supplement | | | | | |
| P1 UT ,EMS C2 1M/VOL | | | | | |
| Time | | | Operator | | Position |
| 08/20/2018 13:10:51 | | | MONTANO XF 1.21.19, STEPHANIE   ID: D3021 | | CT18 |
| Supplement | | | | | |
| P2 PD02 ,2C11, EMS ADV.D | | | | | |
| Time | Unit | Dissociate Status | | | |
| 08/20/2018 13:31:37 | 2C11 | D | | | |

Fresno Police Department
Event Report

Time: 01/21/2020 12:02:57

Event: 18-BJ3711

| Police Unit 2C11 | Staff PHEBUS (V3122), STEPHEN   ID: P1251 | | | |
|---|---|---|---|---|
| RESPONSE TIMES | | | | |
| | Event | Police | Fire | |
| Receive | 08/20/2018 12:38:10 | 08/20/2018 12:38:29 | | |
| Save | 08/20/2018 12:39:57 | | | |
| Dispatch | 08/20/2018 12:40:59 | 08/20/2018 12:40:59 | | |
| Enroute | 08/20/2018 12:41:04 | 08/20/2018 12:41:04 | | |
| Arrive | 08/20/2018 12:46:51 | 08/20/2018 12:46:51 | | |
| Last Clear | 08/20/2018 13:31:37 | 08/20/2018 13:31:37 | | |
| No. of Units | 1 | 1 | 0 | |