# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANELLE RENEE SCOGGIN,<br><br>            Plaintiff,<br><br>    v.<br><br>TURNING POINT CENTRAL CALIFORNIA,<br><br>            Defendant. | Case No. 1:20-cv-00140-DAD-SAB<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSING ACTION FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>(ECF No. 4)<br><br>THIRTY DAY DEADLINE |

Plaintiff Danelle Scoggin ("Plaintiff"), appearing *pro se* in this action, filed the complaint in this action on January 28, 2020. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. However, Plaintiff's application was not adequately completed. In response to question three, Plaintiff indicates she receives disability and child support payments but does not describe the amounts received and what she expects to continue to receive. (ECF No. 2 at 1.) On January 31, 2020, an order issued requiring Plaintiff to file a long form application to proceed *in forma pauperis* or pay the filing fee within twenty days. (ECF No. 4.) More than twenty days have passed and Plaintiff has not complied with or otherwise responded to the January 31, 2020 order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Here, Plaintiff was ordered to either pay the filing fee or file an application to proceed *in forma pauperis* within twenty days of January 31, 2020. More than twenty days have passed and Plaintiff did not comply with or otherwise respond to the January 31, 2020 order. The January 31, 2020 order informed plaintiff that failure to comply with the order would result in dismissal of this action. (ECF No. 4 at 2.)

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for Plaintiff's failure to pay the filing fee or file an application to proceed *in forma pauperis* in compliance with the January 31, 2019 order.

This findings and recommendations is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 304. Within thirty (30) days of service of this recommendation, Plaintiff may file written objections to this findings and recommendations with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **February 28, 2020**

UNITED STATES MAGISTRATE JUDGE