UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANELLE RENEE SCOGGIN,<br><br>Plaintiff,<br><br>v.<br><br>TURNING POINT CENTRAL CALIFORNIA,<br><br>Defendant. | No.  1:20-cv-00140-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 16) |

On January 28, 2020, plaintiff Danelle Renee Scoggin, appearing *pro se* and *in forma pauperis*, filed the complaint in this action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 29, 2020, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed due to plaintiff's failure to prosecute, failure to comply with a court order, and failure to state a claim upon which relief can be granted.  (Doc. No. 16.)  The findings and recommendations were served on plaintiff by mail at her address of record and contained notice that any objections thereto were to be filed within twenty-one (21) days from the date of service.  (*Id*. at 6.)  On August 10, 2020, the findings and recommendations were returned to the court by the United States Postal Service as undeliverable.  On January 6, 2021, plaintiff filed two change of address forms with the court.  (Doc. Nos. 17, 18.)  The

1

findings and recommendations were again served on plaintiff on January 7, 2021 at her newly listed address of record.  To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.  Moreover, the findings and recommendations served by mail upon plaintiff at plaintiff's new address of record have not been returned to the court as undeliverable.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

    Accordingly,

1. The findings and recommendations issued on July 29, 2020 (Doc. No. 16) are adopted in full;
2. This action is dismissed due to plaintiff's failure to prosecute, failure to obey court orders, and failure to state a claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **February 17, 2021**

_____
UNITED STATES DISTRICT JUDGE